B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION (CHICAGO)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**VanDeursen-Thime, Pamela L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Zinq Design, Inc; aka Pamela L VanDeursen-Schoennaue** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-8363** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**51 S Spring Street, #116**<br>**Elgin, IL**<br><br>ZIP CODE **60120** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 270**<br>**Wayne, IL**<br><br>ZIP CODE **60184-0270** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed    (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee   (Check one box.) | Check one box:    Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (04/13)

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Pamela L. VanDeursen-Thime** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: <br> **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual <br> whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** /s/ Charles Wm. Dobra                                    7/31/2014 <br>     **Charles Wm. Dobra**                                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                      _____

                      (Name of landlord that obtained judgment)

                      _____

                      (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Pamela L. VanDeursen-Thime**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _/s/ Pamela L. VanDeursen-Thime_
    **Pamela L. VanDeursen-Thime**

**X** _____

Telephone Number (If not represented by attorney)
**7/31/2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** _/s/ Charles Wm. Dobra_
    **Charles Wm. Dobra**    Bar No. **00647039**

**Charles Wm. Dobra, Esq**
**Charles Wm. Dobra, Ltd.**
**Suite 100**
**675 E. Irving Park Rd. #100**
**Roselle, IL 60172**
Phone No. **(630) 893-2494**    Fax No. **(630) 893-2497**

**7/31/2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address
**X** _____

_____
Date
Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Pamela L. VanDeursen-Thime**                                      Case No. _____
                                                                                                   (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:    **Pamela L. VanDeursen-Thime**                                        Case No. _____
                                                                                                                   (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:        *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Pamela L. VanDeursen-Thime**_____
                                    Pamela L. VanDeursen-Thime

Date: _____**7/31/2014**_____

B6A (Official Form 6A) (12/07)

In re  **Pamela L. VanDeursen-Thime**                    Case No. _____
                                                                  (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | **Total:** | **$0.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Pamela L. VanDeursen-Thime**                    Case No. _____

                                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | United States currency. | J | $35.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account (U S Bank).  Account currentnly has a "zero" balance. | J | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | One ordinary lot of misc. furnishings, household goods, tv, dvd, etc. | J | $650.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | One ordinary lot of wearing apparel suitable for adult person. | - | $400.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Pamela L. VanDeursen-Thime**                                    Case No. _____

                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo- rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Pamela L. VanDeursen-Thime**                                    Case No. _____

                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Infiniti SUV, VIN#:5N3AA08C66N813485; 89,451 miles.  Fair to good condition. (Insurance policy through Farmers Insurance Company; policy #: 192802974). | - | $15,406.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Pamela L. VanDeursen-Thime**                    Case No. _____

                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | 17 pieces of assorted original art (oil-acrylic on custom canvas and custom framed) and 2 pieces of original art design adverslly held by Dr. Natilie Drummond, d/b/a Whole Child Pediatrics Natalie Drummond Ltd., 1949 South Ridge Street, Yorkville, Kendall County, Illinois:including, but not limited to the following:<br>1. BOOM BOOM BOOM (est. value: $3800.00);<br>2. HIDDEN COVE BEYOND MITHCHELL CREEK (est. value: $1900.00);<br>3. MINDFUL PLAY (est. value: $1900.00);<br>4. DAWN APPROACHES THE RIDGE NO. 2 (est value $500.00);<br>5. REASON AGAIN NO. 2 (est. value: $500.00);<br>6. THE SWINGING BRIDGE (est. value $1900.00); | - | $13,060.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Pamela L. VanDeursen-Thime**                         Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 7.  THE STEAM ROLLS-THE RAIN SUBSIDES (est. value $1900.00); 8.  APOTHECARY HEALING (est. value $660.00); Value show is wholesale trading prices, not retail.  Retail is approximately 30% higher.  Benficial interest with brother & sister in certain parcel of real owned by Debtor's living mother's personal trust for real property located in Dickenson, Texas. | J | Unknown |

_____4_____ continuation sheets attached
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**    $29,551.00

B6C (Official Form 6C) (4/13)

In re  **Pamela L. VanDeursen-Thime**                     Case No. _____

                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675.*

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| United States currency. | 735 ILCS 5/12-1001(b) | $35.00 | $35.00 |
| Checking account (U S Bank).  Account currentnly has a "zero" balance. | 735 ILCS 5/12-1001(b) | $0.00 | $0.00 |
| One ordinary lot of misc. furnishings, household goods, tv, dvd, etc. | 735 ILCS 5/12-1001(b) | $650.00 | $650.00 |
| One ordinary lot of wearing apparel suitable for adult person. | 735 ILCS 5/12-1001(a), (e) | $400.00 | $400.00 |
| 2006 Infiniti SUV, VIN#:5N3AA08C66N813485; 89,451 miles.  Fair to good condition. (Insurance policy through Farmers Insurance Company; policy #: 192802974). | 735 ILCS 5/12-1001(c) | $0.00 | $15,406.00 |
| 17 pieces of assorted original art (oil-acrylic on custom canvas and custom framed) and 2 pieces of original art design adversly held by Dr. Natilie Drummond, d/b/a Whole Child Pediatrics Natalie Drummond Ltd., 1949 South Ridge Street, Yorkville, Kendall County, Illinois:including, but not limited to the following: 1. BOOM BOOM BOOM (est. value: $3800.00); 2. HIDDEN COVE BEYOND MITHCHELL CREEK (est. value: $1900.00); 3. MINDFUL PLAY (est. value: $1900.00); 4. DAWN APPROACHES THE RIDGE NO. 2 (est value $500.00); 5. REASON AGAIN NO. 2 (est. value $500.00); | 735 ILCS 5/12-1001(b) | $3,315.00 | $13,060.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | $4,400.00 | $29,551.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Pamela L. VanDeursen-Thime**                              Case No. _____
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 6. THE SWINGING BRIDGE (est. value $1900.00); 7.  THE STEAM ROLLS-THE RAIN SUBSIDES (est. value $1900.00); 8.  APOTHECARY HEALING (est. value $660.00); <br><br> Value show is wholesale trading prices, not retail.  Retail is approximately 30% higher. <br><br> Benficial interest with brother & sister in certain parcel of real owned by Debtor's living mother's personal trust for real property located in Dickenson, Texas. | 735 ILCS 5/12-1001(b) | Unknown | Unknown |
| | | **$4,400.00** | **$29,551.00** |

B6D (Official Form 6D) (12/07)

In re  **Pamela L. VanDeursen-Thime**                          Case No. _____

                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Betty Mikenas**<br>**25 E Hiddenview**<br>**Westmont, IL 60559** | | - | DATE INCURRED: **2013**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2006 Infiniti Qx**<br>REMARKS:<br><br>VALUE:      **$15,406.00** | | | | $21,000.00 | $5,594.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $21,000.00 | $5,594.00 |
| | | | Total (Use only on last page) > | | | | $21,000.00 | $5,594.00 |

_____**No**_____continuation sheets attached

                                                           (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **Pamela L. VanDeursen-Thime**                           Case No. _____

                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Pamela L. VanDeursen-Thime**                              Case No. _____
                                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx8363 <br> **Internal Revenue Services** <br> **Department of the Treasury** <br> **Centralized Insolvency Operations** <br> **P. O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | - | DATE INCURRED: **2010** <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | X | $12,806.59 | $12,806.59 | $0.00 |
| ACCT #: xxxxx8363 <br> **Internal Revenue Services** <br> **Department of the Treasury** <br> **Centralized Insolvency Operations** <br> **P. O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | - | DATE INCURRED: **2007** <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | X | $2,783.24 | $2,783.24 | $0.00 |
| ACCT #: xxxxx8363 <br> **Internal Revenue Services** <br> **Department of the Treasury** <br> **Centralized Insolvency Operations** <br> **P. O. Box 7346** <br> **Philadelphia, PA 19101-7346** | | - | DATE INCURRED: **2009** <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | X | $8,566.26 | $8,566.26 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets        **Subtotals (Totals of this page) >**   $24,156.09 | $24,156.09 | $0.00
attached to Schedule of Creditors Holding Priority Claims

**Total >**   $24,156.09
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**   $24,156.09 | $0.00
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re   **Pamela L. VanDeursen-Thime**                                   Case No. _____

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx1854**<br>**Adventist Hinsdale Hospital**<br>**Patient Financial Services**<br>**Customer Service Unit**<br>**75 Remittance Drive, Ste 3250**<br>**Chicago, IL 60675-3250** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $45.00 |
| ACCT #:<br>**All For You Plumbing**<br>**918 Hartwood Drive**<br>**Streamwood, IL 60107** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $200.00 |
| ACCT #:<br>**All Your Taxing Matters**<br>**109 Oakhill Court**<br>**St. Charles, IL 60174** | | - | DATE INCURRED:  **2011-2012**<br>CONSIDERATION:<br>**Accountant**<br>REMARKS: | | X | | $5,670.70 |
| ACCT #:  **xxxxx6720**<br>**AT & T Uverse**<br>**I C Systems Inc**<br>**444 Highway 96 East**<br>**St. Paul, MN 55164-0437** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Cable service**<br>REMARKS: | | X | | $183.00 |
| ACCT #:  **xxxx-xxxx xxxxx-x xxxxxx9875**<br>**Aurora Radiology Consultants**<br>**520 E 22nd Street**<br>**Lombard, IL 60148-6110** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $8,813.00 |
| ACCT #:  **xxxx-xxxxxx9875**<br>**Aurora Radiology Consultants**<br>**Medical Recovery Specialists**<br>**CSCOAS15**<br>**P. O. Box 1022**<br>**Warren, MI 48393-1022** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

|  |  | Subtotal > | $14,911.70 |
|---|---|---|---|

_____**29**_____ continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Pamela L. VanDeursen-Thime**     Case No. _____

                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xxxx-xxx3288**<br>**Aurora Radiology Consultants**<br>**520 E 22nd Street**<br>**Lombard, IL 60148-6110** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $37.33 |
| ACCT #: **559**<br>**B & L Services**<br>**1246 East Avenue**<br>**Berwyn, IL 60402** | | - | DATE INCURRED: **9/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $500.00 |
| ACCT #:<br>**Benefit Cosmetics**<br>**Finance Department**<br>**225 Bush Street, 20th Floor**<br>**San Francisco, CA 94104** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $335.69 |
| ACCT #:<br>**Burks Bros. Drywall, Inc**<br>**1207 Bdger Street**<br>**Yorkville, IL 60560** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $6,022.00 |
| ACCT #: **xxxx xH 355**<br>**Burks Bros. Drywall, Inc**<br>**Richard C. Claahsen, Esq**<br>**Law Office of Richard C. Claahsen**<br>**215 Hillcrest Avenue, Ste C**<br>**Yorkville, IL 60560-0367** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #: **xxx3791**<br>**Cadence Health**<br>**25 N Winfield Road**<br>**Winfield, IL 60190** | | - | DATE INCURRED: **3/2014**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $28.45 |

Sheet no. _____**1**_____ of _____**29**_____ continuation sheets attached to      Subtotal >     $6,923.47
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              Total >
                        (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                              Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxx0904 **Capital One Bank** P. O. Box 30285 Salt Lake City, UT 84130-0285 | | - | DATE INCURRED:  **2011** CONSIDERATION: **Credit Card** REMARKS: | | X | | $1,716.36 |
| ACCT #:  xxxxxxxxxxx0904 **Capital One Bank** Northland Group, Inc P. O. Box 390846 Minneapolis, MN 55439 | | - | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | $0.00 |
| ACCT #:  xxxx1993 **Carlson Floors** 728 W State Street Geneva, IL 60134 | | - | DATE INCURRED:  **2012** CONSIDERATION: **Open account** REMARKS: | | X | | $400.00 |
| ACCT #:  xxxxx-xx3537 **City of Elgin** **Accounts Receivable** 150 Dexter Court Elgin, IL 60120-5555 | | - | DATE INCURRED:  **2012/2013** CONSIDERATION: **Parking tickets** REMARKS: | | X | | $120.00 |
| ACCT #:  xxx5003 **City of Elgin** **Municiapl Collections of America, Inc** 3348 Ridge Road Lansing, IL 60438 | | - | DATE INCURRED:  **6/2013** CONSIDERATION: **Parking tickets** REMARKS: | | X | | $100.00 |
| ACCT #:  xxxxx-x0526 **City of Naperville** **Finance Department** 400 S Eagle Street Naperville, IL 60540 | | - | DATE INCURRED:  **2012** CONSIDERATION: **Utilities** REMARKS: | | X | | $247.72 |

Sheet no. ___**2**___ of ___**29**___ continuation sheets attached to                          **Subtotal >**          $2,584.08
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                   **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                    Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xx4287**<br>**City of Naperville**<br>**CBCS Collection Agency**<br>**P. O. Box 165025**<br>**Columbus, OH 43216-5025** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxx-xx4287**<br>**City of Naperville**<br>**P. O. Box 88850**<br>**Carol Stream, IL 60188** | | - | DATE INCURRED:  **5/2012**<br>CONSIDERATION:<br>**Ambulance Service**<br>REMARKS: | | X | | **$871.99** |
| ACCT #:<br>**City of St. Charles**<br>**2 Main Street**<br>**St. Charles, IL 60174** | | - | DATE INCURRED:  **10/2013**<br>CONSIDERATION:<br>**Legal fee**<br>REMARKS: | | X | | **$50.00** |
| ACCT #:  **xxxxxxxxxxxx5692**<br>**City of West Chicago, IL.**<br>**Photo Enforcement Program**<br>**75 Remittance Drive, Ste 6658**<br>**Chicago, IL 60675-6658** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Disobeying Traffic Signal**<br>REMARKS: | X | X | X | **$200.00** |
| ACCT #:  **xxxxx7044**<br>**Commonwealth Edison**<br>**Customer Care Center**<br>**P. O. Box 805379**<br>**Chicago, IL 60680-5379** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Utility services**<br>REMARKS: | | X | | **$15.69** |
| ACCT #:  **xxxxx7044**<br>**Commonwealth Edison**<br>**CCI**<br>**P. O. Box 212489**<br>**Augusta, GA 30917-2489** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**3**____ of ____**29**____ continuation sheets attached to                    Subtotal >          **$1,137.68**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                      Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                          Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx2052**<br>**Commonwealth Edison**<br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA 02459** | | - | DATE INCURRED: **2013**<br>CONSIDERATION: **Utilities**<br>REMARKS: | | X | | $428.14 |
| ACCT #: **xxxx-xxxx-xxxx-8214**<br>**Credit One Bank**<br>**P. O. Box 98873**<br>**Las Vegas, NV 89193** | | - | DATE INCURRED: **2012**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | X | | $710.75 |
| ACCT #: **210**<br>**Current Electric Service Inc.**<br>**1116 Essex Court**<br>**Batavia, IL 60510** | | - | DATE INCURRED:<br>CONSIDERATION: **Open account**<br>REMARKS: | | X | | $10,550.00 |
| ACCT #:<br>**Dale & Christina Wytiaz**<br>**ChicagoLemonLaw.Com.PC**<br>**Attorney at Law**<br>**404 Fourth Avenue West**<br>**Lyndon, IL 61261** | | - | DATE INCURRED: **2012**<br>CONSIDERATION: **Open account**<br>REMARKS: | | X | | $29,080.00 |
| ACCT #: **xxxxx2511**<br>**DirecTV**<br>**P. O. Box 78626**<br>**Phoentx, AZ 85062-8626** | | - | DATE INCURRED: **2012**<br>CONSIDERATION: **Open account**<br>REMARKS: | | X | | $166.01 |
| ACCT #: **xxxxx2511**<br>**DirecTV**<br>**CBE Group**<br>**1309 Technology Parkway**<br>**Cedar Falls, IA 50613** | | - | DATE INCURRED:<br>CONSIDERATION: **Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ___**4**___ of ___**29**___ continuation sheets attached to                                    Subtotal >   | $40,934.90 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                           **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                       **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Pamela L. VanDeursen-Thime**                    Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx87-01**<br>**DirecTV**<br>**Afni, Inc**<br>**1310 Martin Luther King Drive**<br>**P. O. Box 3517**<br>**Bloomington, IL 61702-3517** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**DMLuxury**<br>**Szabo Associates, Inc**<br>**3355 Lenox Road, NE, Ste 945**<br>**Atlanta, GA 30326** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $3,186.00 |
| ACCT #:  **xx2-134**<br>**Donahue & Thornhill, Inc**<br>**Professional Land Surveyors**<br>**1321 Woodlawn Road**<br>**Lee, IL 60530** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $150.00 |
| ACCT #:  **xxxxxx88-01**<br>**Douglas C Palmer, DDS**<br>**Time Insurance Company**<br>**P. O. Box 624**<br>**Milwaukee, WI 53201-0624** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Dental services**<br>REMARKS: | | X | | $120.00 |
| ACCT #:  **xxxx4908**<br>**Dreyer Medical Clinic**<br>**1870 W Galena Blvd**<br>**Aurora, IL 60506** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $2,543.29 |
| ACCT #:  **xxxx8706**<br>**Dreyer Medical Clinic**<br>**Illinios Collection Service**<br>**P. O. Box 1010**<br>**Tinley Park, IL 60577-9110** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ____**5**____ of ____**29**____ continuation sheets attached to                                      **Subtotal >**      $5,999.29
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pamela L. VanDeursen-Thime**                    Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx4908**<br>**Dreyer Medical Clinic**<br>**1870 W Galena Blvd**<br>**Aurora, IL 60506** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $78.90 |
| ACCT #:  **xxxx4908**<br>**Dreyer Medical Clinic**<br>**1870 W Galena Blvd**<br>**Aurora, IL 60506** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $2,240.02 |
| ACCT #:  **xxxx4908**<br>**Dreyer Medical Clinic**<br>**1870 W Galena Blvd**<br>**Aurora, IL 60506** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $15.00 |
| ACCT #:  **xx4908**<br>**Dreyer Medical Clinic**<br>**Illinois Collection Services**<br>**P. O. Box 1010**<br>**Tinley Park, IL 60477-9110** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $2,184.52 |
| ACCT #:  **xx4908**<br>**Dreyer Medical Clinic**<br>**Illinois Collection Service**<br>**P. O. Box 1010**<br>**Tinley Park, IL 90477-9110** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $2,134.52 |
| ACCT #:  **xx4908**<br>**Dreyer Medical Clinic**<br>**Illinois Collection Services**<br>**P. O. Box 60477-9110** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $2,019.52 |

Sheet no. ____**6**____ of ____**29**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $8,672.48

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                     Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx4908**<br>**Dreyer Medical Clinic**<br>**Illinois Collection Services**<br>**P. O. Box 60477-9110** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$2,269.52** |
| ACCT #:  **x3908**<br>**Dreyer Medical Clinic**<br>**Illinois Collection Services**<br>**P. O. Box 60477-9110** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$1,969.52** |
| ACCT #:  **xx4908**<br>**Dreyer Medical Clinic**<br>**Illinois Collection Services**<br>**P. O. Box 60477-9110** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$1,919.52** |
| ACCT #:  **xx4908**<br>**Dreyer Medical Clinic**<br>**Illinois Collection Services**<br>**P. O. Box 60477-9110** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$4,412.81** |
| ACCT #:  **xxxx9092**<br>**Dryer Medical Clinic**<br>**Illinois Collection Service Inc**<br>**P. O. Box 1010**<br>**Tinley Park, IL 60477-9110** | | | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$4,749.40** |
| ACCT #:  **3037**<br>**E-Style Home Systems**<br>**187 Timberview Drive**<br>**Oak Brook, IL 60523** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$2,901.00** |

Sheet no. ____**7**____ of ____**29**____ continuation sheets attached to                                    Subtotal >          **$18,221.77**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                    Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx0787**<br>**Edward Hospital**<br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xx-xxxxx2390**<br>**Edward Hospital**<br>**Merchants Credit Guide Co**<br>**Executive Offices**<br>**223 W Jackson Blvd., Ste 700**<br>**Chicago, IL 60606** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$817.43** |
| ACCT #:  **xxxxxx0787**<br>**Edwards Hospital & Health Services**<br>**801 S Washington Street**<br>**Naperville, IL 60540-7060** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$817.43** |
| ACCT #:  **xxxxxx1081**<br>**Erie Insurance**<br>**Collection Department**<br>**100 Erie Insurance Place**<br>**Erie, PA 16530** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Insurance Premiums**<br>REMARKS: | | X | | **$96.00** |
| ACCT #:  **xxxxx6805**<br>**Erie Insurance**<br>**RMS**<br>**77 Hartland Street, Ste 401**<br>**P. O. Box 280431**<br>**East Hartford, CT 06128-0430** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Eulogio Gonzalez**<br>**641 Violet Lane**<br>**Batiavia, IL 60103** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$560.00** |

Sheet no. ____**8**____ of ____**29**____ continuation sheets attached to                                         Subtotal >                **$2,290.86**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                                        **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pamela L. VanDeursen-Thime**                          Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx1431**<br>**FedEX Techconnect Inc**<br>**NCO Financial Systems Inc**<br>**P. O. Box 15618**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $177.44 |
| ACCT #:  **xxxxxxxxxxxx0666**<br>**Fifth Third Bank**<br>**Asset Acceptance,LLC**<br>**P. O. Box 2036**<br>**Warren, MI 48090-2036** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | $1,254.13 |
| ACCT #:  **xxxx-xxxx-xxxx-0666**<br>**Fifth Third Bank**<br>**Midland Credit Management**<br>**8875 Aero Drive, Ste 200**<br>**San Diego, CA 92123** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Fred Kemp, MD**<br>**825 Persimmon Drive**<br>**St. Charles, IL 60174** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Personal loan**<br>REMARKS: | | X | | $218,507.00 |
| ACCT #:  **xx8928**<br>**Hanover Park Phonto Enforcement**<br>**Northwest Collectors Inc**<br>**3601 Algonquin Road, Ste 232**<br>**Rolling Meadows, IL 60008** | | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $200.00 |
| ACCT #:  **xxxxx5396**<br>**HSN**<br>**Attn: Collection Department**<br>**P. O. Box 9090**<br>**Clearwater, FL 33758-9090** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $509.97 |

Sheet no. ____**9**____ of ____**29**____ continuation sheets attached to                          **Subtotal >**          $220,648.54
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                                  **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                         Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx5396**<br>**HSN**<br>**Attn:  Collections Department**<br>**P. O. Box 9090**<br>**Clearwater, FL 33758-9090** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $207.98 |
| ACCT #:  **xxxxx5396**<br>**HSN**<br>**Attn:  Collection Department**<br>**P. O. Box 9090**<br>**Clearwater, FL 33758-9090** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $1,619.97 |
| ACCT #:  **xxxxx5396**<br>**HSN**<br>**Oliphant Financial**<br>**9009 Town Center Parkway, Ste 300**<br>**Lakewood Ranch, FL 34202-4175** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxx7167**<br>**HSN**<br>**Attn:  Collection Department**<br>**P. O. Box 9090**<br>**Clearwater, FL 33758-9090** | | - | DATE INCURRED:  **9/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $915.77 |
| ACCT #:  **xxxxx7240**<br>**Illinois Department of Revenue**<br>**Linebarger Goggan Blair & Sampson**<br>**Attorneys at Law**<br>**P. O. Box 60606-0140** | | - | DATE INCURRED:  **2007 & 2010**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | X | | $6,695.49 |
| ACCT #:  **xxxxxx7762**<br>**Illinois Stat Toll HWY Authority**<br>**NCO Financial Systems, Inc**<br>**600 Holiday Plaza Drive, Ste 300**<br>**Matteson, IL 60443** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $214.90 |

Sheet no. ___**10**___ of _____**29**_____ continuation sheets attached to                    Subtotal >          $9,654.11
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                     Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx8337**<br>**Illinois State Highway Authority**<br>**NCO Financial Systems, Inc**<br>**600 Holiday Plaza Drive, Ste 300**<br>**Matteson, IL 60443** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | X | | $0.00 |
| ACCT #:  **xxxxxx4676**<br>**Illinois Tollway**<br>**P. O. Box 5201**<br>**Lisle, IL 60532-5201** | | - | DATE INCURRED:  **2012-2013**<br>CONSIDERATION:<br>**Toll Violation**<br>REMARKS: | | X | | $153.50 |
| ACCT #:  **xxxxxx3206**<br>**Illinois Tollway**<br>**P. O. Box 5201**<br>**Lisle, IL 60532-5201** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Toll Violation**<br>REMARKS: | | X | | $797.40 |
| ACCT #:  **xxxxxx7946**<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $357.50 |
| ACCT #:  **xxxxxx3631**<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $357.50 |
| ACCT #:  **xxxxxx3127**<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $214.50 |

Sheet no. ____**11**____ of _____**29**_____ continuation sheets attached to                     Subtotal >     $1,880.40

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pamela L. VanDeursen-Thime**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx4470<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $357.10 |
| ACCT #:  xxxxxx8219<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $428.60 |
| ACCT #:  xxxxxxx7175<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $1,146.50 |
| ACCT #:  xxxxxx2447<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $128.60 |
| ACCT #:  xxxxxx8822<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $107.50 |
| ACCT #:  xxxxxx4544<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $107.10 |

Sheet no. _____**12**_____ of _____**29**_____ continuation sheets attached to                    **Subtotal >**        $2,275.40
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                          Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx3396<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $64.90 |
| ACCT #:  xxxxxxx5650<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $346.50 |
| ACCT #:  xxxxxxx5109<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $857.60 |
| ACCT #:  xxxxxxx3340<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $107.50 |
| ACCT #:  xxxxxxx7496<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $64.50 |
| ACCT #:  xxxxxxx2802<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $428.60 |

Sheet no. ____**13**____ of _____**29**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Subtotal >        $1,869.60

                                                                    Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                           Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx0526<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $357.50 |
| ACCT #:  xxxxxxx4030<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $357.50 |
| ACCT #:  xxxxxxx4569<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $1,146.50 |
| ACCT #:  xxxxxxx0169<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $214.00 |
| ACCT #:  xxxxxxx9343<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $289.00 |
| ACCT #:  xxxxxxx8152<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $357.50 |

Sheet no. ____**14**____ of _____**29**_____ continuation sheets attached to                                    Subtotal >     **$2,722.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                          **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**   Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxx0080<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $356.00 |
| ACCT #:  xxxxxxx1752<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $214.00 |
| ACCT #:  xxxxxxx9308<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $64.00 |
| ACCT #:  xxxxxxx3788<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $172.00 |
| ACCT #:  xxxxxxx6389<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $64.90 |
| ACCT #:  xxxxxxx3808<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | $236.10 |

Sheet no. ___**15**___ of ___**29**___ continuation sheets attached to       Subtotal >       $1,107.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                              Case No. _____
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx1807**<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | **$1,073.30** |
| ACCT #:  **xxxxxxx2739**<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | **$357.50** |
| ACCT #:  **xxxxxxx6531**<br>**Illinois Tollway**<br>**P. O. Box 5544**<br>**Chicago, IL 60680-5544** | | - | DATE INCURRED:  **6/2014**<br>CONSIDERATION:<br>**I-Pass**<br>REMARKS: | | X | | **$357.10** |
| ACCT #:<br>**Jim Wallin** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$6,000.00** |
| ACCT #:<br>**Kane County State's Attorney's**<br>**Check Enforcement Program**<br>**P. O. Box 35**<br>**South Elgin, IL 60177** | | | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | X | **$404.32** |
| ACCT #:<br>**Kendall Pointe Dental**<br>**1991 Wiesbrook Drive**<br>**Oswego, IL 60543** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Dental services**<br>REMARKS: | | X | | **$3,050.00** |

Sheet no. ____**16**____ of ____**29**____ continuation sheets attached to                                        Subtotal >          **$11,242.22**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                          Total >
                                                                      **(Use only on last page of the completed Schedule F.)**
                                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                                     **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pamela L. VanDeursen-Thime**                Case No. _____

                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx-xxxxxx0271** <br> **Kendall Pointe Dental** <br> **Transworld Systems, Inc** <br> **507 Prudential Road** <br> **Horsham, PA 19044** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Kendall Pointe Dental** <br> **1991 Wiesbrook Drive** <br> **Oswego, IL 60543** | | - | DATE INCURRED:  **2012** <br> CONSIDERATION: <br> **Dental services** <br> REMARKS: | | X | | $1,194.00 |
| ACCT #: <br> **Kendall Pointe Dental** <br> **1991 Wiesbrook Drive** <br> **Oswego, IL 60543** | | - | DATE INCURRED:  **2012** <br> CONSIDERATION: <br> **Dental services** <br> REMARKS: | | X | | $501.20 |
| ACCT #: <br> **Kendall Pointe Drive** <br> **1991 Wiesbrook Drive** <br> **Oswego, IL 60543** | | - | DATE INCURRED:  **2012** <br> CONSIDERATION: <br> **Dental services** <br> REMARKS: | | X | | $1,565.20 |
| ACCT #:  **xxxxx7179** <br> **Kishwaukee Community Hospital** <br> **Mail Processing Center** <br> **P. O. Box 739** <br> **Moline, IL 61266-0739** | | - | DATE INCURRED:  **2012** <br> CONSIDERATION: <br> **Medical services** <br> REMARKS: | | X | | $1,005.62 |
| ACCT #:  **xxxxx7179** <br> **Kishwaukee Community Hospital** <br> **H & R Accounts** <br> **7017 John Deere Parkway** <br> **Moline, IL 61265** | | - | DATE INCURRED:  **7/2012** <br> CONSIDERATION: <br> **Medical services** <br> REMARKS: | | X | | $1,005.62 |

Sheet no. ____**17**____ of _____**29**_____ continuation sheets attached to                    Subtotal >          $5,271.64

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         Total >

                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                       Case No. _____
                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx-x2-292**<br>**Kramer's Kitchen & Bath, LLC**<br>**330 W Elm Street**<br>**Sycamore, IL 60178** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$3,186.13** |
| ACCT #:  **xxxxx7430**<br>**Laboratory Physicians LLC**<br>**P. O. Box 10200**<br>**Peoria, IL 61612-0200** | | - | DATE INCURRED: **3/2014**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$159.90** |
| ACCT #:  **xxx xx7430**<br>**Laboratory Physicians LLC**<br>**P. O. Box 10200**<br>**Peoria, IL 61612-0200** | | - | DATE INCURRED: **2014**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$159.90** |
| ACCT #:  **xxxx0304**<br>**Lowes Home Centers, Inc**<br>**Complete Payment Recovery Services**<br>**11601 Roosevelt Blvd.**<br>**St. Petersburg, FL 33716** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**NSF check**<br>REMARKS: | | X | | **$214.32** |
| ACCT #:<br>**LTH Accounting & Tax Services**<br>**1273 Borough Court**<br>**Wheaton, IL 60189** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | **$1,024.00** |
| ACCT #:  **xx xx 0692**<br>**Maribeth Crawford**<br>**William P Danna, Ltd**<br>**1105 W Burlington Avenue**<br>**Western Springs, IL 60558** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Breach of Contract**<br>REMARKS: | | X | | **$97,524.00** |

Sheet no. ___**18**___ of ___**29**___ continuation sheets attached to                                          Subtotal >      **$102,268.25**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                          Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                          Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Melinda & James Hurley**<br>**Alan J. Mandel, Ltd.**<br>**7520 Skokie Blvd.**<br>**Skokie, IL 60077** | | - | DATE INCURRED:  **5/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $23,969.00 |
| ACCT #:<br>**Metro Instulation Inc**<br>**Ray A. Fergunson & Associates, Ltd**<br>**216 N Court Street**<br>**Rockford, IL 61103** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Metro Insulation Inc**<br>**2119 N Central Avenue**<br>**Rockford, IL 61101** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $1,440.00 |
| ACCT #:  **x-x4781**<br>**Midwest Orthopaedic Institute**<br>**2111 Midland Court, Ste 100**<br>**Sycamore, IL 60178-3125** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $2,845.00 |
| ACCT #:  **xx0089**<br>**Naperville Dental Specialists**<br>**General Oral Health Care**<br>**55 S Main Street, Ste 241**<br>**Naperville, IL 60540** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $4,872.10 |
| ACCT #:  **xxxxxxx48-M3**<br>**National Media Partners, Ltd**<br>**RMS**<br>**4836 Brecksville Road**<br>**P. O. Box 509**<br>**Richfield, OH 44286** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $489.00 |

Sheet no. ____**19**____ of _____**29**_____ continuation sheets attached to          Subtotal >          $33,615.10
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                    Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxx0904<br>**Neiman Marcus**<br>**Capital Management Services**<br>**698 1/2 S, Ogden Street**<br>**Buffalo, NY 14206-2317** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Store account**<br>REMARKS: | | X | | **$1,662.56** |
| ACCT #:  xxxxxx1807<br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563-9600** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | X | | **$854.68** |
| ACCT #:  xxxxxx1807<br>**Nicor Gas**<br>**NCO Financial Systems, Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  xxxx5633<br>**Now Natural Foods**<br>**Global Payments**<br>**P. O. Box 66043**<br>**Chicago, IL 60666-9061** | | - | DATE INCURRED:  **1082012**<br>CONSIDERATION:<br>**Non-sufficent Funds**<br>REMARKS: | | X | | **$25.00** |
| ACCT #:  xxxxx5520<br>**Oak Brook Centre for Health, Ltd**<br>**P. O. Box 848444**<br>**Boston, MA 02284-8444** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | **$313.00** |
| ACCT #:  xxxx-xxxx-xxxx-3502<br>**Orchard Bank**<br>**HSBC Card Services**<br>**P. O. Box 80084**<br>**Salinas, CA 93912-0084** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | X | | **$607.09** |

Sheet no. ___**20**___ of ___**29**___ continuation sheets attached to                    Subtotal >          **$3,462.33**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              Total >
                                                              **(Use only on last page of the completed Schedule F.)**
                                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pamela L. VanDeursen-Thime**                   Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-3502**<br>**Orchard Bank**<br>**Portfolio Recovery Associates**<br>**PRA Disputes Department**<br>**140 Corporate Blvd.**<br>**Norfolk, VA 23502** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Paul Augustyn, Esq.**<br>**Attorney at Law**<br>**632 W Algonquin Road**<br>**Des Plaines, IL 60016** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | X | **$3,000.00** |
| ACCT #:<br>**PD Design**<br>**Peter DuMelle**<br>**5N426 Meadowview**<br>**St. Charles, IL 60175** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | X | **$2,042.00** |
| ACCT #:  **xxxxxxxxx0469**<br>**Petco**<br>**TRS Recovery Services, Inc**<br>**P. O. Box 4812**<br>**Houston, TX 77210-4812** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Non-suficent Funds**<br>REMARKS: | | | X | **$25.00** |
| ACCT #:  **xxx1314**<br>**Presence Mercy Center**<br>**Creditors Collection Bureau, Inc**<br>**755 Almar Parkway**<br>**Bourbonnais, IL 60914** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | X | **$3,299.62** |
| ACCT #:  **xxx1341**<br>**Presence Mercy Center**<br>**Creditors Collection Bureau, Inc**<br>**755 Almar parkway**<br>**Bourbonnais, IL 60914** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | X | **$2,213.62** |

Sheet no. ___21___ of ___29___ continuation sheets attached to                                   Subtotal >   |  **$10,580.24**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                      **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx8282**<br>**Presence St. Joseph Hospital**<br>**Patient Financial Services**<br>**1643 Lewis Avenue, Ste 203**<br>**Billings, MT 59102-4151** | | - | DATE INCURRED:  **1/2014**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $206.66 |
| ACCT #:  **xx0154**<br>**Pro Dental Care**<br>**1053 W Main Street**<br>**Sleepy Hollow, IL 60118** | | - | DATE INCURRED:  **2013**<br>CONSIDERATION:<br>**Dental services**<br>REMARKS: | | X | | $404.00 |
| ACCT #:  **xx0154**<br>**Pro Dental Care**<br>**1053 W Main Street**<br>**Sleepy Hollow, IL  60118** | | - | DATE INCURRED:  **6/2013**<br>CONSIDERATION:<br>**Dental services**<br>REMARKS: | | X | | $1,545.00 |
| ACCT #:  **xxxxxx0417**<br>**Progressive Northern Insurance Co**<br>**Credit Collection Services**<br>**P. O Box 9134**<br>**Needham, MA 02494-9134** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Insurance Premiums**<br>REMARKS: | | X | | $108.36 |
| ACCT #:  **xx2279**<br>**Prose Orthodontics**<br>**Tek-Collect, Inc**<br>**P. O. Box 1269**<br>**Columbus, OH 43216** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $616.00 |
| ACCT #:  **xx2279**<br>**Prose Orthodontics/Tek-Collect**<br>**Philip B Willette Co., LPA**<br>**P. O. Box 790**<br>**Pickerington, OH 43147** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ___**22**___ of ___**29**___ continuation sheets attached to                                    Subtotal >          $2,880.02
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                    (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Pamela L. VanDeursen-Thime**                    Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx1282<br>**Provena Mercy Medical Center**<br>**Patient Financial Services**<br>**1643 Lewis Avenue, Ste 203**<br>**Billings, MT 59102-4151** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $1,086.00 |
| ACCT #:  xxxxxxx7920<br>**Provena Mercy Medical Center**<br>**Patient Financial Services**<br>**1643 Lewis Avenue, Ste 203**<br>**Billings, MT 59102-4151** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $2,213.62 |
| ACCT #:  xxxxxx1350<br>**Quest Diagnostics**<br>**1355 Mittel Blvd.**<br>**Wood Dale, IL 60191-1024** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $108.16 |
| ACCT #:<br>**Radon Rescue**<br>**25 Daniels Ave**<br>**Elgin, IL 60120** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $5,500.00 |
| ACCT #:  x6303<br>**Randallwood Radiology SC**<br>**1121 Lake Cook Road, Ste M**<br>**Deerfield, IL 60015-5234** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $35.45 |
| ACCT #:<br>**Robertson Repair & Remodeling**<br>**1645 Lily Street**<br>**Aurora, IL 60506-1313** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $5,408.46 |

Sheet no. ____23____ of ____29____ continuation sheets attached to          Subtotal >          $14,351.69

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Pamela L. VanDeursen-Thime**                    Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Robertson Repair & Remodeling**<br>**1645 Lily Street**<br>**Aurora, IL 60506-1313** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $505.00 |
| ACCT #:<br>**Robertson Repair & Remodeling**<br>**1645 Lily Street**<br>**Aurora, IL 60506-1313** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $105.00 |
| ACCT #: **2806**<br>**Roselle Custom Woodwork**<br>**57 North Garden**<br>**Roselle, IL 60172** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,980.00 |
| ACCT #: **xxxx1956**<br>**Rush-Copley Memorial Hospitals**<br>**Firstsource Advantage, LLC**<br>**7650 Magna Drive**<br>**Belleville, IL 62223** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $478.55 |
| ACCT #: **xxxxxxx-xx-xP-002**<br>**Safeway Insurance Company**<br>**790 Pasquinelli Drive**<br>**Westmont, IL 60559** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Insurance Premiums**<br>REMARKS: | | X | | $168.16 |
| ACCT #: **xxxxxxx4500**<br>**Saia Motor Frieght Line, LLC**<br>**P. O. Box A Station 1**<br>**Houma, LA 70363** | | - | DATE INCURRED: **2/2014**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $1,056.14 |

Sheet no. ___**24**___ of ___**29**___ continuation sheets attached to                    Subtotal >                $5,292.85

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          Total >

                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Pamela L. VanDeursen-Thime**                     Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx xxxxunts**<br>**Sara Kovich**<br>**4N401 Ridgewood**<br>**Bensenville, IL 60106** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $970.00 |
| ACCT #:<br>**Servio Pro Floor & More**<br>**864 Marshall Court**<br>**Palatine, IL 60074** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,000.00 |
| ACCT #:  **2507**<br>**Sign "A" Rama Elgin**<br>**889 S Randall Road**<br>**Elgin, IL 60123** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $941.05 |
| ACCT #:  **xxxxx7024**<br>**Sprint**<br>**Diversified Adjustment Services**<br>**600 Coon Rapids Blvd**<br>**Coon Rapids, MN 55433** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Cellular phone services**<br>REMARKS: | | X | | $609.77 |
| ACCT #:  **xx-xxx1835**<br>**Suburban Radiologists, SC**<br>**1446 Momentum Place**<br>**Chicago, IL 60689-5314** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $5.05 |
| ACCT #:  **xxxxx1580**<br>**T-Mobile**<br>**Midland Credit Management, Inc**<br>**8875 Aero Drive, Ste 200**<br>**San Diego, CA 92123** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Cellular phone services**<br>REMARKS: | | X | | $406.02 |

Sheet no. ____25____ of ____29____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $4,931.89

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                    Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Timothy Melody** <br> **8708 Castle Hill Avenue** <br> **Las Vegas, NV 89129** | | - | DATE INCURRED: **2012** <br> CONSIDERATION: <br> **Open account** <br> REMARKS: | | X | | **$2,000.00** |
| ACCT #: **384** <br> **Top Pain Center** <br> **4320 Winfield Road, Ste 125** <br> **Warrenville, IL 60555-4015** | | - | DATE INCURRED: **2014** <br> CONSIDERATION: <br> **Medical services** <br> REMARKS: | | X | | **$65.71** |
| ACCT #: **xxxx104-1** <br> **Trader Joe's Company** <br> **7250 Beverly Blvd., Ste 200** <br> **Los Angeles, CA 90036** | | - | DATE INCURRED: **2012** <br> CONSIDERATION: <br> **Non-sufficent Funds** <br> REMARKS: | | X | | **$307.43** |
| ACCT #: **x6429** <br> **V.A.S.C. Anesthesia** <br> **c/o Billing Services Ltd** <br> **2320 Dean Street, Ste 103** <br> **St. Charles, IL 60175** | | - | DATE INCURRED: **2014** <br> CONSIDERATION: <br> **Medical services** <br> REMARKS: | | X | | **$10.33** |
| ACCT #: **x6429** <br> **V.A.S.C. Anesthisia** <br> **c/o Billing Services Ltd** <br> **2320 Dean Street, Ste 103** <br> **St. Charles, IL 60175** | | - | DATE INCURRED: **2014** <br> CONSIDERATION: <br> **Medical services** <br> REMARKS: | | X | | **$27.29** |
| ACCT #: **4823** <br> **Valley Ambulatory Surgery Center** <br> **2210 Dean Street** <br> **St. Charles, IL 60175** | | - | DATE INCURRED: **3/2014** <br> CONSIDERATION: <br> **Medical services** <br> REMARKS: | | X | | **$57.37** |

Sheet no. ____**26**____ of ____**29**____ continuation sheets attached to                              Subtotal >        **$2,468.13**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                              (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                               Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4823**<br>**Valley Ambulatory Surgery Center**<br>**2210 Dean Street**<br>**St. Charles, IL 60175** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $114.74 |
| ACCT #:  **xx2092**<br>**Valley Imaging Consultants**<br>**6910 S Madison Street**<br>**Willowbrook, IL 60527-5504** | | - | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $187.00 |
| ACCT #:  **xx-xx8326**<br>**Veolia ES Collections Department**<br>**1660 Hubbard Avenue**<br>**Batavia, IL 60510** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $405.00 |
| ACCT #:  **xxxx2603**<br>**Villa Park Electrical Supply Co.**<br>**420 W North Avenue**<br>**Addison, IL 60101** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $195.33 |
| ACCT #:  **xxx.xxxxx8191**<br>**Village of Hanover Park**<br>**Citations processing Center**<br>**P. O. Box 713730**<br>**Cincinnati, OH 45271-3730** | | | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $200.00 |
| ACCT #:  **xxxxx012-1**<br>**Voltz Presision Painting**<br>**2886 Weld Road**<br>**Elgin, IL 60124** | | - | DATE INCURRED:  **9/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $2,575.55 |

Sheet no. ___**27**___ of ____**29**____ continuation sheets attached to                                    Subtotal >          $3,677.62
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                                          **(Use only on last page of the completed Schedule F.)**
                                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pamela L. VanDeursen-Thime**                Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx012-1**<br>**Volz Prescision Painting**<br>**2886 Weld Road**<br>**Elgin, IL 60124** | | - | DATE INCURRED:  **9/2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $239.02 |
| ACCT #:<br>**We Grow Dreams**<br>**1055 W Washington Street**<br>**West Chicago, IL 60185** | | - | DATE INCURRED:  **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $20.00 |
| ACCT #:  **xx7367**<br>**West Chicago Police Department**<br>**NCI Inc**<br>**3601 Algonquin Road, Ste 232**<br>**Rolling Meadows, IL 60008** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **x1606**<br>**West Suburban Neurosurgical Associates**<br>**20 East Ogden Ave**<br>**Hinsdale, IL 60521-3543** | | - | DATE INCURRED:  **2014**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $35.00 |
| ACCT #:  **xx8625**<br>**Wheaton Eye Clinic**<br>**2015 N Main Street**<br>**Wheaton, IL 60187-3152** | | - | DATE INCURRED:  **2012-2013**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | X | | $1,218.07 |
| ACCT #:  **xx-xxxxx0170**<br>**Wheaton Eye Clinic, Ltd**<br>**Merchants Credit Guide, Co.**<br>**221 W Jackson Blvd, Ste 700**<br>**Chicago, IL 60606** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. ___**28**___ of ___**29**___ continuation sheets attached to                                **Subtotal >**   $1,512.09
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total >**
                                                  **(Use only on last page of the completed Schedule F.)**
                                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Pamela L. VanDeursen-Thime**                     Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx3L80**<br>**Whole Child Pediatrics**<br>**Robert F. Brough**<br>**1700 N Farnsworth**<br>**Aurora, IL 60505** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Whole Child Pediatrics/Natalie Drummond**<br>**1949 S Bridge Street**<br>**Yorkville, IL** | | - | DATE INCURRED: **2012**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $143,879.00 |
| ACCT #: **x1599**<br>**Wire Wizard of Illinois**<br>**216 E Main Street**<br>**Plano, IL 60545** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | X | | $81.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**29**___ of ___**29**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | $143,960.00 |
| **Total >** | $687,347.35 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Pamela L. VanDeursen-Thime**                                    Case No. _____
                                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Pamela L. VanDeursen-Thime**                                    Case No. _____

                                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| Debtor 1 | **Pamela** | **L.** | **VanDeursen-Thime** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed | ☑ Employed |
| | | ☐ Not employed | ☐ Not employed |
| **Occupation** | | **Self-employed designer** | **Police Officer** |
| **Employer's name** | | | **Northeast Illinois Railroad Corp** |
| **Employer's address** | | | **547 W Jackson Blvd** |
| | | Number  Street | Number  Street |
| | | | |
| | | | |
| | | | **Chicago          IL      60661** |
| | | City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | | | **6 months** |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$3,798.17** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$213.74** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$4,011.91** |

Debtor 1 **Pamela** **L.** **VanDeursen-Thime** _____ Case number (if known) _____
First Name      Middle Name      Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .............................................................→ 4. | $0.00 | $4,011.91 |
| 5. | List all payroll deductions: | | |
| 5a. | Tax, Medicare, and Social Security deductions   5a. | $0.00 | $543.38 |
| 5b. | Mandatory contributions for retirement plans   5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans   5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans   5d. | $0.00 | $0.00 |
| 5e. | Insurance   5e. | $0.00 | $58.20 |
| 5f. | Domestic support obligations   5f. | $0.00 | $652.38 |
| 5g. | Union dues   5g. | $0.00 | $74.75 |
| 5h. | Other deductions. Specify: **See continuation sheet**   5h.+ | $0.00 | $555.44 |
| 6. | Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | $0.00 | $1,884.15 |
| 7. | Calculate total monthly take-home pay.   Subtract line 6 from line 4.   7. | $0.00 | $2,127.76 |
| 8. | List all other income regularly received: | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm   8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends   8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive   8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation   8d. | $0.00 | $0.00 |
| 8e. | Social Security   8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____   8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income   8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: ---   8h.+ | $0.00 | $641.88 |
| 9. | Add all other income.   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $0.00 | $641.88 |
| 10. | Calculate monthly income.   Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. | $0.00 + $2,769.64 | = $2,769.64 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. +   $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.   12.   $2,769.64
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: **None.**

Debtor 1   **Pamela**              **L.**              **VanDeursen-Thime**          Case number (if known) _____

     First Name              Middle Name              Last Name

**1.** **Additional Employers**   Debtor 1 _____              Debtor 2 or non-filing spouse

  **Occupation** _____              **Police Office**

  **Employer's name** _____              **Wayne Police Dept**

  **Employer's address** _____              **5N430 Railroad Street**

    _____              _____

    _____              **Wayne**         **IL**    **60184**

    City        State   Zip Code              City            State  Zip Code

  **How long employed there?** _____              _____

| 5h. **Other Payroll Deductions (details)** | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| **RRR T1 Employee** _____ | **$0.00** | **$248.84** |
| **RRR T2 Employee** _____ | **$0.00** | **$176.60** |
| **Child Support Arrears** _____ | **$0.00** | **$130.00** |
| Totals: | **$0.00** | **$555.44** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamela** | **L.** | **VanDeursen-Thime** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Your Household

**1.   Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes.  **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes.  Debtor 2 must file a separate Schedule J.

**2.   Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes.  Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Husband** | **41** | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

**4.   The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.

4.   _____ **$1,475.00**

If not included in line 4:

4a.   Real estate taxes                        4a.   _____

4b.   Property, homeowner's, or renter's insurance        4b.   _____

4c.   Home maintenance, repair, and upkeep expenses     4c.   _____

4d.   Homeowner's association or condominium dues        4d.   _____

Debtor 1   **Pamela**              **L.**              **VanDeursen-Thime**          Case number (if known) _____

       First Name            Middle Name          Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$100.00** |
| | 6b. Water, sewer, garbage collection | 6b. | _____ |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$200.00** |
| | 6d. Other. Specify: __Internet and cable__ | 6d. | **$150.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$500.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning**      (See continuation sheet(s) for details) | 9. | **$75.00** |
| 10. | **Personal care products and services** | 10. | _____ |
| 11. | **Medical and dental expenses** | 11. | **$350.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$450.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$40.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$10.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | _____ |
| | 15b. Health insurance | 15b. | **$300.00** |
| | 15c. Vehicle insurance | 15c. | **$158.94** |
| | 15d. Other insurance. Specify: _____ | 15d. | _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | _____ |
| | 17b. Car payments for Vehicle 2 | 17b. | _____ |
| | 17c. Other. Specify: _____ | 17c. | _____ |
| | 17d. Other. Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | _____ |
| | 20b. Real estate taxes | 20b. | _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | _____ |
| | 20e. Homeowner's association or condominium dues | 20e. | _____ |

Debtor 1   __Pamela__         __L.__         __VanDeursen-Thime__         Case number (if known) _____
         First Name        Middle Name        Last Name

**21.  Other.**  Specify: _____   21.   + _____

**22.  Your monthly expenses.**   Add lines 4 through 21.
      The result is your monthly expenses.                              22.   |_____ $3,808.94 |

**23.  Calculate your monthly net income.**

   23a.   Copy line 12 (your combined monthly income) from Schedule I.   23a.   _____ $2,769.64

   23b.   Copy your monthly expenses from line 22 above.                 23b.   – _____ $3,808.94

   23c.   Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                        23c.   |_____ ($1,039.30)|

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

      For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
      payment to increase or decrease because of a modification to the terms of your mortgage?

      ☑  No.
      ☐  Yes.  | Explain here:
               | **None.**

Debtor 1  __**Pamela**_____  __**L.**_____  __**VanDeursen-Thime**_____     Case number (if known)  _____
             First Name                  Middle Name              Last Name

**9.**    <u>**Clothing, laundry, and dry cleaning (details):**</u>

| | |
|---|---:|
| **Clothing** | **$50.00** |
| **Laundry/Dry Cleaning** | **$25.00** |
| **Total:** | **$75.00** |

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **Pamela L. VanDeursen-Thime**                                    Case No.

Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $29,551.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $21,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $24,156.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | $687,347.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $2,769.64 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $3,808.94 |
| TOTAL | | 50 | $29,551.00 | $732,503.44 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **Pamela L. VanDeursen-Thime**                         Case No.

Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $24,156.09 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $24,156.09 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $2,769.64 |
| Average Expenses (from Schedule J, Line 22) | $3,808.94 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $3,494.08 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $5,594.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $24,156.09 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $687,347.35 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $692,941.35 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Pamela L. VanDeursen-Thime**                              Case No. _____
                                                                         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**52**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **7/31/2014**_____        Signature  **/s/ Pamela L. VanDeursen-Thime**_____
                                                       **Pamela L. VanDeursen-Thime**


Date _____        Signature _____

                                             [If joint case, both spouses must sign.]


_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Pamela L. VanDeursen-Thime**                                    Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

**None**
☑

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

**None**
☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**None**
☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**None**
☑

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Maribeth Crawford v. Pamela VanDeursen-Thime d/b/a Zinq Design 13 M 4 0692** | **Collection and breach of contract** | **Circuit Court of Cook County, Illinois, Municipal District Fourth District** | **Pending** |
| **Burks Bros. Drywall, Inc v. Zinq Design, Inc and Pamela VanDuersen 2013 CH 355** | **Collection** | **Circuit Court for the Twenty-Third Judicial Circuit, Kendall County, IL** | **Pending** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Pamela L. VanDeursen-Thime**                                                                  Case No.   _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **People of the State of Illinois v. Pamela VanDeurson 2013CF1624** | Dishonored check. | Circuit Court of the Sixteenth Judical Circuit, Kane County, Illinois | Pending |
| **Whole Child Pediatrics./Natatlie Drummond v. Pamela VanDeursen d/b/a Zinq Design, Inc 2013 L 80** | Collection | Circuit Court of the Twenty-Third Judical Circuit, Kendall County, Illinois | Money Judgment |
| **Dale & Christina Wytiaz v. Zinq Designs, Inc and Pamela VanDeursen 2014 CH 430** | Collection | Circuit Court of the Sixteenth Judicial Circuit, Chancery Department, Kane County, Illinois | Pending |

---

None ☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑   List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Pamela L. VanDeursen-Thime**                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **U S Bankruptcy Court** | | **$306 filing fee for Chapter 7 Bankruptcy** |
| **Springboard Nonprofit Consumer Credit Management** | | **$110 for credit counseling and debtor education courses.** |
| **BankruptcyPro** | | **$35 for copies of tax transcripts from the IRS** |
| **Charles Wm. Dobra, Esq. 675 E Irving Park Road Suite 100 Roselle, IL 60172** | **06/25/2014** | **$1,895.00** |

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Pamela L. VanDeursen-Thime**                                    Case No.   _____

                                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑   If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    **Pamela L. VanDeursen-Thime**                                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 18. Nature, location and name of business

None
☑

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☑

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑

b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None


b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Pamela L. VanDeursen-Thime**                                            Case No.   _____

                                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **7/31/2014**_____          Signature ____ **/s/ Pamela L. VanDeursen-Thime** _____
                                                                                of Debtor      ***Pamela L. VanDeursen-Thime***

Date _____          Signature _____
                                                                                of Joint Debtor
                                                                                (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Pamela L. VanDeursen-Thime**                                CASE NO

                                                                       CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br><br>Betty Mikenas<br>25 E Hiddenview<br>Westmont, IL 60559 | **Describe Property Securing Debt:**<br>2006 Infiniti Qx |

Property will be (check one):
☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt     ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐         NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **7/31/2014**                                Signature   **/s/ Pamela L. VanDeursen-Thime**
                                                              **Pamela L. VanDeursen-Thime**

Date _____                        Signature _____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Pamela L. VanDeursen-Thime**                                    CASE NO

                                                                            CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _7/31/2014_____        Signature _*/s/ Pamela L. VanDeursen-Thime*_____

                                                  *Pamela L. VanDeursen-Thime*

Date _____        Signature _____

Adventist Hinsdale Hospital
Patient Financial Services
Customer Service Unit
75 Remittance Drive, Ste 3250
Chicago, IL 60675-3250

Burks Bros. Drywall, Inc
1207 Bdger Street
Yorkville, IL 60560

City of Naperville
CBCS Collection Agency
P. O. Box 165025
Columbus, OH 43216-5025

All For You Plumbing
918 Hartwood Drive
Streamwood, IL 60107

Burks Bros. Drywall, Inc
Richard C. Claahsen, Esq
Law Office of Richard C. Claahs
215 Hillcrest Avenue, Ste C
Yorkville, IL 60560-0367

City of Naperville
P. O. Box 88850
Carol Stream, IL 60188

All Your Taxing Matters
109 Oakhill Court
St. Charles, IL 60174

Cadence Health
25 N Winfield Road
Winfield, IL 60190

City of St. Charles
2 Main Street
St. Charles, IL 60174

AT & T Uverse
I C Systems Inc
444 Highway 96 East
St. Paul, MN 55164-0437

Capital One Bank
P. O. Box 30285
Salt Lake City, UT 84130-0285

City of West Chicago, IL.
Photo Enforcement Program
75 Remittance Drive, Ste 6658
Chicago, IL 60675-6658

Aurora Radiology Consultants
520 E 22nd Street
Lombard, IL 60148-6110

Capital One Bank
Northland Group, Inc
P. O. Box 390846
Minneapolis, MN 55439

Commonwealth Edison
Customer Care Center
P. O. Box 805379
Chicago, IL 60680-5379

Aurora Radiology Consultants
Medical Recovery Specialists
CSCOAS15
P. O. Box 1022
Warren, MI 48393-1022

Carlson Floors
728 W State Street
Geneva, IL 60134

Commonwealth Edison
CCI
P. O. Box 212489
Augusta, GA 30917-2489

B & L Services
1246 East Avenue
Berwyn, IL 60402

City of Elgin
Accounts Receivable
150 Dexter Court
Elgin, IL 60120-5555

Commonwealth Edison
Credit Collection Services
Two Wells Avenue
Newton, MA 02459

Benefit Cosmetics
Finance Department
225 Bush Street, 20th Floor
San Francisco, CA 94104

City of Elgin
Municiapl Collections of America
3348 Ridge Road
Lansing, IL 60438

Credit One Bank
P. O. Box 98873
Las Vegas, NV 89193

Betty Mikenas
25 E Hiddenview
Westmont, IL 60559

City of Naperville
Finance Department
400 S Eagle Street
Naperville, IL 60540

Current Electric Service Inc.
1116 Essex Court
Batavia, IL 60510

Dale & Christina Wytiaz
ChicagoLemonLaw.Com.PC
Attorney at Law
404 Fourth Avenue West
Lyndon, IL 61261

DirecTV
P. O. Box 78626
Phoentx, AZ 85062-8626

DirecTV
CBE Group
1309 Technology Parkway
Cedar Falls, IA 50613

DirecTV
Afni, Inc
1310 Martin Luther King Drive
P. O. Box 3517
Bloomington, IL 61702-3517

DMLuxury
Szabo Associates, Inc
3355 Lenox Road, NE, Ste 945
Atlanta, GA 30326

Donahue & Thornhill, Inc
Professional Land Surveyors
1321 Woodlawn Road
Lee, IL 60530

Douglas C Palmer, DDS
Time Insurance Company
P. O. Box 624
Milwaukee, WI 53201-0624

Dreyer Medical Clinic
1870 W Galena Blvd
Aurora, IL 60506

Dreyer Medical Clinic
Illinios Collection Service
P. O. Box 1010
Tinley Park, IL 60577-9110

Dreyer Medical Clinic
Illinois Collection Services
P. O. Box 1010
Tinley Park, IL 60477-9110

Dreyer Medical Clinic
Illinois Collection Service
P. O. Box 1010
Tinley Park, IL 90477-9110

Dreyer Medical Clinic
Illinois Collection Services
P. O. Box 60477-9110

Dryer Medical Clinic
Illinois Collection Service Inc
P. O. Box 1010
Tinley Park, IL 60477-9110

E-Style Home Systems
187 Timberview Drive
Oak Brook, IL 60523

Edward Hospital
MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148

Edward Hospital
Merchants Credit Guide Co
Executive Offices
223 W Jackson Blvd., Ste 700
Chicago, IL 60606

Edwards Hospital & Health Servi
801 S Washington Street
Naperville, IL 60540-7060

Erie Insurance
Collection Department
100 Erie Insurance Place
Erie, PA 16530

Erie Insurance
RMS
77 Hartland Street, Ste 401
P. O. Box 280431
East Hartford, CT 06128-0430

Eulogio Gonzalez
641 Violet Lane
Batiavia, IL 60103

FedEX Techconnect Inc
NCO Financial Systems Inc
P. O. Box 15618
Wilmington, DE 19850

Fifth Third Bank
Asset Acceptance,LLC
P. O. Box 2036
Warren, MI 48090-2036

Fifth Third Bank
Midland Credit Management
8875 Aero Drive, Ste 200
San Diego, CA 92123

Fred Kemp, MD
825 Persimmon Drive
St. Charles, IL 60174

Hanover Park Phonto Enforcement
Northwest Collectors Inc
3601 Algonquin Road, Ste 232
Rolling Meadows, IL 60008

HSN
Attn: Collection Department
P. O. Box 9090
Clearwater, FL 33758-9090

HSN
Attn:  Collections Department
P. O. Box 9090
Clearwater, FL 33758-9090

HSN
Attn:  Collection Department
P. O. Box 9090
Clearwater, FL 33758-9090

Kane County State's Attorney's
Check Enforcement Program
P. O. Box 35
South Elgin, IL 60177

LTH Accounting & Tax Services
1273 Borough Court
Wheaton, IL 60189


HSN
Oliphant Financial
9009 Town Center Parkway, Ste 3
Lakewood Ranch, FL 34202-4175

Kendall Pointe Dental
1991 Wiesbrook Drive
Oswego, IL 60543

Maribeth Crawford
William P Danna, Ltd
1105 W Burlington Avenue
Western Springs, IL 60558


Illinois Department of Revenue
Linebarger Goggan Blair & Samps
Attorneys at Law
P. O. Box 60606-0140

Kendall Pointe Dental
Transworld Systems, Inc
507 Prudential Road
Horsham, PA 19044

Melinda & James Hurley
Alan J. Mandel, Ltd.
7520 Skokie Blvd.
Skokie, IL 60077


Illinois Stat Toll HWY Authorit
NCO Financial Systems, Inc
600 Holiday Plaza Drive, Ste 30
Matteson, IL 60443

Kendall Pointe Drive
1991 Wiesbrook Drive
Oswego, IL 60543

Metro Instulation Inc
Ray A. Fergunson & Associates,
216 N Court Street
Rockford, IL 61103


Illinois State Highway Authorit
NCO Financial Systems, Inc
600 Holiday Plaza Drive, Ste 30
Matteson, IL 60443

Kishwaukee Community Hospital
Mail Processing Center
P. O. Box 739
Moline, IL 61266-0739

Metro Insulation Inc
2119 N Central Avenue
Rockford, IL 61101


Illinois Tollway
P. O. Box 5201
Lisle, IL 60532-5201

Kishwaukee Community Hospital
H & R Accounts
7017 John Deere Parkway
Moline, IL 61265

Midwest Orthopaedic Institute
2111 Midland Court, Ste 100
Sycamore, IL 60178-3125


Illinois Tollway
P. O. Box 5544
Chicago, IL 60680-5544

Kramer's Kitchen & Bath, LLC
330 W Elm Street
Sycamore, IL 60178

Naperville Dental Specialists
General Oral Health Care
55 S Main Street, Ste 241
Naperville, IL 60540


Internal Revenue Services
Department of the Treasury
Centralized Insolvency Operatio
P. O. Box 7346
Philadelphia, PA 19101-7346

Laboratory Physicians LLC
P. O. Box 10200
Peoria, IL 61612-0200

National Media Partners, Ltd
RMS
4836 Brecksville Road
P. O. Box 509
Richfield, OH 44286


Jim Wallin

Lowes Home Centers, Inc
Complete Payment Recovery Servi
11601 Roosevelt Blvd.
St. Petersburg, FL 33716

Neiman Marcus
Capital Management Services
698 1/2 S, Ogden Street
Buffalo, NY 14206-2317

Nicor Gas
1844 Ferry Road
Naperville, IL 60563-9600

Presence Mercy Center
Creditors Collection Bureau, Inc
755 Almar Parkway
Bourbonnais, IL 60914

Radon Rescue
25 Daniels Ave
Elgin, IL 60120


Nicor Gas
NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044

Presence St. Joseph Hospital
Patient Financial Services
1643 Lewis Avenue, Ste 203
Billings, MT 59102-4151

Randallwood Radiology SC
1121 Lake Cook Road, Ste M
Deerfield, IL 60015-5234


Now Natural Foods
Global Payments
P. O. Box 66043
Chicago, IL 60666-9061

Pro Dental Care
1053 W Main Street
Sleepy Hollow, IL 60118

Robertson Repair & Remodeling
1645 Lily Street
Aurora, IL 60506-1313


Oak Brook Centre for Health, Ltd
P. O. Box 848444
Boston, MA 02284-8444

Pro Dental Care
1053 W Main Street
Sleepy Hollow, IL  60118

Roselle Custom Woodwork
57 North Garden
Roselle, IL 60172


Orchard Bank
HSBC Card Services
P. O. Box 80084
Salinas, CA 93912-0084

Progressive Northern Insurance
Credit Collection Services
P. O Box 9134
Needham, MA 02494-9134

Rush-Copley Memorial Hospitals
Firstsource Advantage, LLC
7650 Magna Drive
Belleville, IL 62223


Orchard Bank
Portfolio Recovery Associates
PRA Disputes Department
140 Corporate Blvd.
Norfolk, VA 23502

Prose Orthodontics
Tek-Collect, Inc
P. O. Box 1269
Columbus, OH 43216

Safeway Insurance Company
790 Pasquinelli Drive
Westmont, IL 60559


Paul Augustyn, Esq.
Attorney at Law
632 W Algonquin Road
Des Plaines, IL 60016

Prose Orthodontics/Tek-Collect
Philip B Willette Co., LPA
P. O. Box 790
Pickerington, OH 43147

Saia Motor Frieght Line, LLC
P. O. Box A Station 1
Houma, LA 70363


PD Design
Peter DuMelle
5N426 Meadowview
St. Charles, IL 60175

Provena Mercy Medical Center
Patient Financial Services
1643 Lewis Avenue, Ste 203
Billings, MT 59102-4151

Sara Kovich
4N401 Ridgewood
Bensenville, IL 60106


Petco
TRS Recovery Services, Inc
P. O. Box 4812
Houston, TX 77210-4812

Quest Diagnostics
1355 Mittel Blvd.
Wood Dale, IL 60191-1024

Servio Pro Floor & More
864 Marshall Court
Palatine, IL 60074

Sign "A" Rama Elgin
889 S Randall Road
Elgin, IL 60123

Valley Ambulatory Surgery Cente
2210 Dean Street
St. Charles, IL 60175

West Suburban Neurosurgical Ass
20 East Ogden Ave
Hinsdale, IL 60521-3543


Sprint
Diversified Adjustment Services
600 Coon Rapids Blvd
Coon Rapids, MN 55433

Valley Imaging Consultants
6910 S Madison Street
Willowbrook, IL 60527-5504

Wheaton Eye Clinic
2015 N Main Street
Wheaton, IL 60187-3152


Suburban Radiologists, SC
1446 Momentum Place
Chicago, IL 60689-5314

Veolia ES Collections Departmen
1660 Hubbard Avenue
Batavia, IL 60510

Wheaton Eye Clinic, Ltd
Merchants Credit Guide, Co.
221 W Jackson Blvd, Ste 700
Chicago, IL 60606


T-Mobile
Midland Credit Management, Inc
8875 Aero Drive, Ste 200
San Diego, CA 92123

Villa Park Electrical Supply Co
420 W North Avenue
Addison, IL 60101

Whole Child Pediatrics
Robert F. Brough
1700 N Farnsworth
Aurora, IL 60505


Timothy Melody
8708 Castle Hill Avenue
Las Vegas, NV 89129

Village of Hanover Park
Citations processing Center
P. O. Box 713730
Cincinnati, OH 45271-3730

Whole Child Pediatrics/Natalie
1949 S Bridge Street
Yorkville, IL


Top Pain Center
4320 Winfield Road, Ste 125
Warrenville, IL 60555-4015

Voltz Presision Painting
2886 Weld Road
Elgin, IL 60124

Wire Wizard of Illinois
216 E Main Street
Plano, IL 60545


Trader Joe's Company
7250 Beverly Blvd., Ste 200
Los Angeles, CA 90036

Volz Prescision Painting
2886 Weld Road
Elgin, IL 60124


V.A.S.C. Anesthesia
c/o Billing Services Ltd
2320 Dean Street, Ste 103
St. Charles, IL 60175

We Grow Dreams
1055 W Washington Street
West Chicago, IL 60185


V.A.S.C. Anesthisia
c/o Billing Services Ltd
2320 Dean Street, Ste 103
St. Charles, IL 60175

West Chicago Police Department
NCI Inc
3601 Algonquin Road, Ste 232
Rolling Meadows, IL 60008

**B22A (Official Form 22A) (Chapter 7) (04/13)**

In re: **Pamela L. VanDeursen-Thime**

Case Number:

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
|---|
| ☐ **The presumption arises.** |
| ☑ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>  ☐ I remain on active duty /or/<br>  ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>  OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>  ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

**B22A (Official Form 22A) (Chapter 7) (04/13)**

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."<br>**Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☑ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.<br>**Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>Debtor's<br>Income | **Column B**<br><br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $3,494.08 |

| 4 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|
| | a. Gross receipts | $0.00    $0.00 | |
| | b. Ordinary and necessary business expenses | $0.00    $0.00 | |
| | c. Business income | Subtract Line b from Line a | $0.00 | $0.00 |

| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|
| | a. Gross receipts | $0.00    $0.00 | |
| | b. Ordinary and necessary operating expenses | $0.00    $0.00 | |
| | c. Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |

| 6 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $0.00 | $0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $0.00 |

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $0.00 — Spouse $0.00 | $0.00 | $0.00 |
|---|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/13)

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | | |
| | b. | | |
| | Total and enter on Line 10 | $0.00 | $0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $0.00 | $3,494.08 |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $3,494.08 |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $41,928.96 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:  **Illinois**   b. Enter debtor's household size:   **2** | $62,150.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | |
| | b. | |
| | c. | |
| | Total and enter on Line 17. | |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

**B22A (Official Form 22A) (Chapter 7) (04/13)**

| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older.  (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.)  Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1.  Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2.  Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region.  (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

B22A (Official Form 22A) (Chapter 7) (04/13)

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.**<br>If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation.  (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**<br>Check the number of vehicles for which you claim an ownership/lease expense.  (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1   ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**<br>Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes.  DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**   Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs.  DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | |
| 27 | **Other Necessary Expenses: life insurance.**   Enter total average monthly premiums that you actually pay for term life insurance for yourself.  DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | |
| 28 | **Other Necessary Expenses: court-ordered payments.**   Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 44. | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool.  DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | |
| 31 | **Other Necessary Expenses: health care.**   Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B.  DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 34. | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

B22A (Official Form 22A) (Chapter 7) (04/13)

| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents. DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | |

**Subpart B: Additional Living Expense Deductions**
**Note: Do not include any expenses that you have listed in Lines 19-32**

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |

| | a. | Health Insurance | |
| | b. | Disability Insurance | |
| | c. | Health Savings Account | |

Total and enter on Line 34

IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:

_____

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | |

*Amount(s) are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

B22A (Official Form 22A) (Chapter 7) (04/13)

| Subpart C: Deductions for Debt Payment | |
|---|---|

| 42 | **Future payments on secured claims.**   For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance.  The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page.  Enter the total of the Average Monthly Payments on Line 42. | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | | ☐ yes ☐ no |
| b. | | | | ☐ yes ☐ no |
| c. | | | | ☐ yes ☐ no |
| | | | Total:  Add Lines a, b and c. | |

| 43 | **Other payments on secured claims.**   If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property.  The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure.  List and total any such amounts in the following chart.  If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total:  Add Lines a, b and c |

| 44 | **Payments on prepetition priority claims.**   Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 28. | |

| 45 | **Chapter 13 administrative expenses.**   If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | a. | Projected average monthly chapter 13 plan payment. | |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | % |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | |

| Subpart D: Total Deductions from Income | |
|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).**   Enter the total of Lines 33, 41, and 46. |

# Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | |
| 51 | **60-month disposable income under § 707(b)(2).**   Multiply the amount in Line 50 by the number 60 and enter the result. | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

**B22A (Official Form 22A) (Chapter 7) (04/13)**

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,475\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | | | |
|---|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
| | | Expense Description | Monthly Amount |
| | a. | | |
| | b. | | |
| | c. | | |
| | | Total: Add Lines a, b, and c | |

## Part VIII: VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.<br>*(If this is a joint case, both debtors must sign.)*<br><br>Date: **7/31/2014**     Signature: **/s/ Pamela L. VanDeursen-Thime**<br>     **Pamela L. VanDeursen-Thime**<br><br>Date: _____     Signature: _____<br>     (Joint Debtor, if any) |

\* Amount(s) are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014