B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)   Case Number **14−28122**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/31/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Pamela L. VanDeursen−Thime
aka Pamela L VanDeursen−Schoennaue, fdba Zinq
Design, Inc
P. O. Box 270
Wayne, IL 60184−0270

| | |
|---|---|
| Case Number: 14−28122<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−8363 |
| Attorney for Debtor(s) (name and address):<br>Charles W. Dobra<br>Charles Wm. Dobra, Ltd.<br>675 E. Irving Park Road<br>Roselle, IL 60172<br>Telephone number: 630 893−2494 | Bankruptcy Trustee (name and address):<br>Thomas E Springer<br>Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>Telephone number: 630−510−0000 |

## Meeting of Creditors:
Date: **August 25, 2014**                         Time: **01:00 PM**
Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 10/24/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday − Friday 8:30 AM −4:30 PM | Date: August 1, 2014 |

## EXPLANATIONS  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-28122-DRC
Pamela L. VanDeursen-Thime                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ldixon              Page 1 of 4              Date Rcvd: Aug 01, 2014
                               Form ID: b9a             Total Noticed: 128

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2014.
```
db             Pamela L. VanDeursen-Thime,    P. O. Box 270,    Wayne, IL 60184-0270
22228295      +AT & T Uverse,    I C Systems Inc,    444 Highway 96 East,    St. Paul, MN 55127-2557
22228292       Adventist Hinsdale Hospital,    Patient Financial Services,    Customer Service Unit,
                 75 Remittance Drive, Ste 3250,    Chicago, IL 60675-3250
22228293      +All For You Plumbing,    918 Hartwood Drive,    Streamwood, IL 60107-6667
22228294      +All Your Taxing Matters,    109 Oakhill Court,    St. Charles, IL 60174-5545
22228296       Aurora Radiology Consultants,    520 E 22nd Street,    Lombard, IL 60148-6110
22228297      +Aurora Radiology Consultants,    Medical Recovery Specialists,    CSCOAS15,    P. O. Box 1022,
                 Warren, MI 48090-1022
22228299      +Benefit Cosmetics,    Finance Department,    225 Bush Street, 20th Floor,
                 San Francisco, CA 94104-4279
22228300      +Betty Mikenas,    25 E Hiddenview,    Westmont, IL 60559-2325
22228302      +Burks Bros. Drywall, Inc,    Richard C. Claahsen, Esq,    Law Office of Richard C. Claahsen,
                 215 Hillcrest Avenue, Ste C,    Yorkville, IL 60560-1385
22228301      +Burks Bros. Drywall, Inc,    1207 Bdger Street,    Yorkville, IL 60560-1784
22228303       Cadence Health,    25 N Winfield Road,    Winfield, IL 60190
22228305      +Capital One Bank,    Northland Group, Inc,    P. O. Box 390846,    Minneapolis, MN 55439-0846
22228306      +Carlson Floors,    728 W State Street,    Geneva, IL 60134-2107
22228308      +City of Elgin,    Municiapl Collections of America, Inc,    3348 Ridge Road,
                 Lansing, IL 60438-3112
22228309      +City of Naperville,    Finance Department,    400 S Eagle Street,    Naperville, IL 60540-5279
22228310       City of Naperville,    CBCS Collection Agency,    P. O. Box 165025,    Columbus, OH 43216-5025
22228311      +City of Naperville,    P. O. Box 88850,    Carol Stream, IL 60188-0850
22228312      +City of St. Charles,    2 Main Street,    St. Charles, IL 60174-1984
22228313       City of West Chicago, IL.,    Photo Enforcement Program,    75 Remittance Drive, Ste 6658,
                 Chicago, IL 60675-6658
22228315       Commonwealth Edison,    CCI,    P. O. Box 212489,    Augusta, GA 30917-2489
22228316      +Commonwealth Edison,    Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
22228318      +Current Electric Service Inc.,    1116 Essex Court,    Batavia, IL 60510-3316
22228323      +DMLuxury,    Szabo Associates, Inc,    3355 Lenox Road, NE, Ste 945,    Atlanta, GA 30326-1395
22228319      +Dale & Christina Wytiaz,    ChicagoLemonLaw.Com.PC,    Attorney at Law,    404 Fourth Avenue West,
                 Lyndon, IL 61261-9514
22228321      +DirecTV,    CBE Group,    1309 Technology Parkway,    Cedar Falls, IA 50613-6976
22228322       DirecTV,    Afni, Inc,    1310 Martin Luther King Drive,    P. O. Box 3517,
                 Bloomington, IL 61702-3517
22228324      +Donahue & Thornhill, Inc,    Professional Land Surveyors,    1321 Woodlawn Road,
                 Lee, IL 60530-9640
22228325       Douglas C Palmer, DDS,    Time Insurance Company,    P. O. Box 624,    Milwaukee, WI 53201-0624
22228327      +Dreyer Medical Clinic,    Illinios Collection Service,    P. O. Box 1010,
                 Tinley Park, IL 60477-9110
22228329      +Dreyer Medical Clinic,    Illinois Collection Service,    P. O. Box 1010,
                 Tinley Park, IL 60477-9110
22228328       Dreyer Medical Clinic,    Illinois Collection Services,    P. O. Box 1010,
                 Tinley Park, IL 60477-9110
22228326      +Dreyer Medical Clinic,    1870 W Galena Blvd,    Aurora, IL 60506-4387
22228331       Dryer Medical Clinic,    Illinois Collection Service Inc,    P. O. Box 1010,
                 Tinley Park, IL 60477-9110
22228332      +E-Style Home Systems,    187 Timberview Drive,    Oak Brook, IL 60523-1452
22228334      +Edward Hospital,    Merchants Credit Guide Co,    Executive Offices,    223 W Jackson Blvd., Ste 700,
                 Chicago, IL 60606-6914
22228333      +Edward Hospital,    MiraMed Revenue Group,    991 Oak Creek Drive,    Lombard, IL 60148-6408
22228336      +Erie Insurance,    Collection Department,    100 Erie Insurance Place,    Erie, PA 16530-0001
22228337      +Erie Insurance,    RMS,    77 Hartland Street, Ste 401,    P. O. Box 280431,
                 East Hartford, CT 06128-0431
22228338      +Eulogio Gonzalez,    641 Violet Lane,    Batavia, IL 60510-3256
22228339      +FedEX Techconnect Inc,    NCO Financial Systems Inc,    P. O. Box 15618,
                 Wilmington, DE 19850-5618
22228341      +Fifth Third Bank,    Midland Credit Management,    8875 Aero Drive, Ste 200,
                 San Diego, CA 92123-2255
22228340       Fifth Third Bank,    Asset Acceptance,LLC,    P. O. Box 2036,    Warren, MI 48090-2036
22228342      +Fred Kemp, MD,    825 Persimmon Drive,    St. Charles, IL 60174-1389
22228347      +HSN,    Oliphant Financial,    9009 Town Center Parkway, Ste 300,    Lakewood Ranch, FL 34202-4185
22228343      +Hanover Park Phonto Enforcement,    Northwest Collectors Inc,    3601 Algonquin Road, Ste 232,
                 Rolling Meadows, IL 60008-3143
22228349      +Illinois Stat Toll HWY Authority,    NCO Financial Systems, Inc,
                 600 Holiday Plaza Drive, Ste 300,    Matteson, IL 60443-2238
22228350      +Illinois State Highway Authority,    NCO Financial Systems, Inc,
                 600 Holiday Plaza Drive, Ste 300,    Matteson, IL 60443-2238
22228351       Illinois Tollway,    P. O. Box 5201,    Lisle, IL 60532-5201
22228352       Illinois Tollway,    P. O. Box 5544,    Chicago, IL 60680-5544
22228355      +Kane County State's Attorney's,    Check Enforcement Program,    P. O. Box 35,
                 South Elgin, IL 60177-0035
22228356      +Kendall Pointe Dental,    1991 Wiesbrook Drive,    Oswego, IL 60543-8311
22228357      +Kendall Pointe Dental,    Transworld Systems, Inc,    507 Prudential Road,    Horsham, PA 19044-2308
```

```
District/off: 0752-1           User: ldixon                Page 2 of 4                   Date Rcvd: Aug 01, 2014
                               Form ID: b9a                Total Noticed: 128

22228358     +Kendall Pointe Drive,    1991 Wiesbrook Drive,    Oswego, IL 60543-8311
22228360     +Kishwaukee Community Hospital,    H & R Accounts,    7017 John Deere Parkway,
               Moline, IL 61265-8072
22228359      Kishwaukee Community Hospital,    Mail Processing Center,    P. O. Box 739,   Moline, IL 61266-0739
22228361     +Kramer’s Kitchen & Bath, LLC,    330 W Elm Street,    Sycamore, IL 60178-1848
22228364     +LTH Accounting & Tax Services,    1273 Borough Court,    Wheaton, IL 60189-7701
22228362      Laboratory Physicians LLC,    P. O. Box 10200,    Peoria, IL 61612-0200
22228363     +Lowes Home Centers, Inc,    Complete Payment Recovery Services,    11601 Roosevelt Blvd.,
               St. Petersburg, FL 33716-2202
22228365     +Maribeth Crawford,    William P Danna, Ltd,    1105 W Burlington Avenue,
               Western Springs, IL 60558-1586
22228366     +Melinda & James Hurley,    Alan J. Mandel, Ltd.,    7520 Skokie Blvd.,   Skokie, IL 60077-3342
22228367     +Metro Instulation Inc,    Ray A. Fergunson & Associates, Ltd,    216 N Court Street,
               Rockford, IL 61103-6803
22228368     +Metro Insulation Inc,    2119 N Central Avenue,    Rockford, IL 61101-2345
22228369      Midwest Orthopaedic Institute,    2111 Midland Court, Ste 100,    Sycamore, IL 60178-3125
22228370     +Naperville Dental Specialists,    General Oral Health Care,    55 S Main Street, Ste 241,
               Naperville, IL 60540-5377
22228371     +National Media Partners, Ltd,    RMS,    4836 Brecksville Road,    P. O. Box 509,
               Richfield, OH 44286-0509
22228372      Neiman Marcus,    Capital Management Services,    698 1/2 S, Ogden Street,   Buffalo, NY 14206-2317
22228374     +Nicor Gas,    NCO Financial Systems, Inc,    507 Prudential Road,    Horsham, PA 19044-2368
22228375     +Now Natural Foods,    Global Payments,    P. O. Box 66043,   Chicago, IL 60666-0043
22228376      Oak Brook Centre for Health, Ltd,    P. O. Box 848444,    Boston, MA 02284-8444
22228378     +Orchard Bank,    Portfolio Recovery Associates,    PRA Disputes Department,    140 Corporate Blvd.,
               Norfolk, VA 23502-4952
22228380     +PD Design,    Peter DuMelle,    5N426 Meadowview,    St. Charles, IL 60175-8106
22228381      Petco,    TRS Recovery Services, Inc,    P. O. Box 4812,    Houston, TX 77210-4812
22228382     +Presence Mercy Center,    Creditors Collection Bureau, Inc,    755 Almar Parkway,
               Bourbonnais, IL 60914-2393
22228383      Presence St. Joseph Hospital,    Patient Financial Services,    1643 Lewis Avenue, Ste 203,
               Billings, MT 59102-4151
22228384     +Pro Dental Care,    1053 W Main Street,    Sleepy Hollow, IL 60118-3800
22228387     +Prose Orthodontics,    Tek-Collect, Inc,    P. O. Box 1269,    Columbus, OH 43216-1269
22228388     +Prose Orthodontics/Tek-Collect,    Philip B Willette Co., LPA,    P. O. Box 790,
               Pickerington, OH 43147-0790
22228389      Provena Mercy Medical Center,    Patient Financial Services,    1643 Lewis Avenue, Ste 203,
               Billings, MT 59102-4151
22228390      Quest Diagnostics,    1355 Mittel Blvd.,    Wood Dale, IL 60191-1024
22228391     +Radon Rescue,    25 Daniels Ave,    Elgin, IL 60120-2827
22228392      Randallwood Radiology SC,    1121 Lake Cook Road, Ste M,    Deerfield, IL 60015-5234
22228393     +Robertson Repair & Remodeling,    1645 Lily Street,    Aurora, IL 60505-1313
22228394     +Roselle Custom Woodwork,    57 North Garden,    Roselle, IL 60172-1733
22228395     +Rush-Copley Memorial Hospitals,    Firstsource Advantage, LLC,    7650 Magna Drive,
               Belleville, IL 62223-3366
22228396     +Safeway Insurance Company,    790 Pasquinelli Drive,    Westmont, IL 60559-5585
22228397     +Saia Motor Frieght Line, LLC,    P. O. Box A Station 1,    Houma, LA 70361-5901
22228398     +Sara Kovich,    4N401 Ridgewood,    Bensenville, IL 60106-2961
22228399     +Servio Pro Floor & More,    864 Marshall Court,    Palatine, IL 60074-1216
22228400     +Sign ’A’ Rama Elgin,    889 S Randall Road,    Elgin, IL 60123-3002
22228402      Suburban Radiologists, SC,    1446 Momentum Place,    Chicago, IL 60689-5314
22228403     +T-Mobile,    Midland Credit Management, Inc,    8875 Aero Drive, Ste 200,
               San Diego, CA 92123-2255
22228404    #+Timothy Melody,    8708 Castle Hill Avenue,    Las Vegas, NV 89129-7668
22228405      Top Pain Center,    4320 Winfield Road, Ste 125,    Warrenville, IL 60555-4015
22228406     +Trader Joe’s Company,    7250 Beverly Blvd., Ste 200,    Los Angeles, CA 90036-2560
22228407     +V.A.S.C. Anesthesia,    c/o Billing Services Ltd,    2320 Dean Street, Ste 103,
               St. Charles, IL 60175-1068
22228408     +V.A.S.C. Anesthisia,    c/o Billing Services Ltd,    2320 Dean Street, Ste 103,
               St. Charles, IL 60175-1068
22228409     +Valley Ambulatory Surgery Center,    2210 Dean Street,    St. Charles, IL 60175-1066
22228410      Valley Imaging Consultants,    6910 S Madison Street,    Willowbrook, IL 60527-5504
22228411     +Veolia ES Collections Department,    1660 Hubbard Avenue,    Batavia, IL 60510-1570
22228412     +Villa Park Electrical Supply Co.,    420 W North Avenue,    Addison, IL 60101-4912
22228413      Village of Hanover Park,    Citations processing Center,    P. O. Box 713730,
               Cincinnati, OH 45271-3730
22228414     +Voltz Presision Painting,    2886 Weld Road,    Elgin, IL 60124-8066
22228415     +Volz Prescision Painting,    2886 Weld Road,    Elgin, IL 60124-8066
22228416     +We Grow Dreams,    1055 W Washington Street,    West Chicago, IL 60185-2625
22228417     +West Chicago Police Department,    NCI Inc,    3601 Algonquin Road, Ste 232,
               Rolling Meadows, IL 60008-3106
22228418     +West Suburban Neurosurgical Associates,    20 East Ogden Ave,   Hinsdale, IL 60521-3692
22228420      Wheaton Eye Clinic, Ltd,    Merchants Credit Guide, Co.,    221 W Jackson Blvd, Ste 700,
               Chicago, IL 60606
22228421     +Whole Child Pediatrics,    Robert F. Brough,    1700 N Farnsworth,   Aurora, IL 60505-1523
22228422     +Whole Child Pediatrics/Natalie Drummond,    1949 S Bridge Street,    Yorkville, IL 60560-9851
22228423      Wire Wizard of Illinois,    216 E Main Street,    Plano, IL 60545-1526
```

```
District/off: 0752-1           User: ldixon              Page 3 of 4                   Date Rcvd: Aug 01, 2014
                               Form ID: b9a              Total Noticed: 128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: cwdobra@dobralaw.comcastbiz.net Aug 02 2014 00:50:50      Charles W. Dobra,
               Charles Wm. Dobra, Ltd.,    675 E. Irving Park Road,    Roselle, IL  60172
tr           +EDI: QTESPRINGER.COM Aug 02 2014 00:39:00      Thomas E Springer,    Springer Brown, LLC,
               400 South County Farm Road,    Suite 330,    Wheaton, IL 60187-4547
22228304      EDI: CAPITALONE.COM Aug 02 2014 00:38:00      Capital One Bank,    P. O. Box 30285,
               Salt Lake City, UT 84130-0285
22228307      E-mail/Text: nawrocki_d@cityofelgin.org Aug 02 2014 00:52:46      City of Elgin,
               Accounts Receivable,    150 Dexter Court,    Elgin, IL 60120-5555
22228314     +E-mail/Text: legalcollections@comed.com Aug 02 2014 00:53:12      Commonwealth Edison,
               Customer Care Center,    P. O. Box 805379,    Chicago, IL 60680-4179
22228317     +EDI: RCSFNBMARIN.COM Aug 02 2014 00:38:00      Credit One Bank,    P. O. Box 98873,
               Las Vegas, NV 89193-8873
22228320      EDI: DIRECTV.COM Aug 02 2014 00:38:00      DirecTV,    P. O. Box 78626,    Phoentx, AZ 85062-8626
22228335     +E-mail/Text: bankruptcy@edward.org Aug 02 2014 00:52:53      Edwards Hospital & Health Services,
               801 S Washington Street,    Naperville, IL 60540-7499
22228344      E-mail/Text: bankruptcy@hsn.net Aug 02 2014 00:53:01      HSN,    Attn: Collection Department,
               P. O. Box 9090,    Clearwater, FL 33758-9090
22228345      E-mail/Text: bankruptcy@hsn.net Aug 02 2014 00:53:01      HSN,    Attn:  Collections Department,
               P. O. Box 9090,    Clearwater, FL 33758-9090
22228353      EDI: IRS.COM Aug 02 2014 00:38:00      Internal Revenue Services,    Department of the Treasury,
               Centralized Insolvency Operations,    P. O. Box 7346,    Philadelphia, PA 19101-7346
22228373      E-mail/Text: bankrup@aglresources.com Aug 02 2014 00:51:07      Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
22228377      EDI: HFC.COM Aug 02 2014 00:38:00      Orchard Bank,    HSBC Card Services,    P. O. Box 80084,
               Salinas, CA 93912-0084
22228386      EDI: CCS.COM Aug 02 2014 00:38:00      Progressive Northern Insurance Co,
               Credit Collection Services,    P. O Box 9134,    Needham, MA 02494-9134
22228401      EDI: NEXTEL.COM Aug 02 2014 00:38:00      Sprint,    Diversified Adjustment Services,
               600 Coon Rapids Blvd,    Coon Rapids, MN 55433
22228419     +E-mail/Text: swakefield@wheatoneye.com Aug 02 2014 00:52:01      Wheaton Eye Clinic,
               2015 N Main Street,    Wheaton, IL 60187-3190
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22228330       Dreyer Medical Clinic,    Illinois Collection Services,    P. O. Box 60477-9110
22228348       Illinois Department of Revenue,    Linebarger Goggan Blair & Sampson,    Attorneys at Law,
                P. O. Box 60606-0140
22228354       Jim Wallin
22228346*      HSN,    Attn: Collection Department,    P. O. Box 9090,    Clearwater, FL 33758-9090
22228385*     +Pro Dental Care,    1053 W Main Street,    Sleepy Hollow, IL 60118-3800
22228298     ##+B & L Services,    1246 East Avenue,    Berwyn, IL 60402-1003
22228379     ##+Paul Augustyn, Esq.,    Attorney at Law,    632 W Algonquin Road,    Des Plaines, IL 60016-5767
                                                                                 TOTALS: 3, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                          Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0752-1           User: ldixon              Page 4 of 4             Date Rcvd: Aug 01, 2014
                               Form ID: b9a              Total Noticed: 128
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2014 at the address(es) listed below:
        Charles W. Dobra    on behalf of Debtor Pamela L. VanDeursen-Thime cwdobra@dobralaw.comcastbiz.net,
         eileen_powers@sbcglobal.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas E Springer    tspringer@springerbrown.com,
         tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                              TOTAL: 3