| | |
|---|---|
| **Subject:** | FW: U.S. Bankruptcy Court, Northern District of Illinois - Undeliverable Notice, In re: Pamela L. VanDeursen-Thime, Case Number: 14-28122, DRC, Ref: [p-71948882] |
| **From:** | CharlesDobra (CWDobra@DobraLaw.comcastbiz.net) |
| **To:** | eileen_powers@sbcglobal.net; |
| **Date:** | Saturday, August 2, 2014 12:34 PM |

Please handle this!

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 0 8 2014

JEFFREY P. ALLSTEADT, CLERK
PS REP. - CA

Charles Wm. Dobra
Charles Wm. Dobra, Ltd.
Attorney at Law
675 East Irving Park Road - Suite 100
Roselle, IL 60172
(630)893-2494 - Telephone
(630)893-2497 - Facsimile

CONFIDENTIALITY NOTICE: This Email transmission and any and all files transmitted with it, are STRICTLY CONFIDENTIAL, and are intended for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the Attorney-Client privilege and Attorney Work Product Rules, and other law as well. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error, and that any use, dissemination, forwarding, printing or copying of this email is STRICTLY PROHIBITED. If you have received this email in error, please immediately return it to the Sender. Thank You.

**From:** USBankruptcyCourts@noticingcenter.com [USBankruptcyCourts@noticingcenter.com]
**Sent:** Saturday, August 02, 2014 4:32 AM
**To:** CharlesDobra
**Subject:** U.S. Bankruptcy Court, Northern District of Illinois - Undeliverable Notice, In re: Pamela L. VanDeursen-Thime, Case Number: 14-28122, DRC, Ref: [p-71948882]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

August 3, 2014

From: United States Bankruptcy Court, Northern District of Illinois

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Pamela L. VanDeursen-Thime, Case Number 14-28122, DRC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

**NOTE: No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an**

**amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Eastern Division**
**219 S Dearborn**
**7th Floor**
**Chicago, IL 60604**

Undeliverable Address:
B & L Services
1246 East Avenue
Berwyn, IL 60402

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 3529 SUNNYSIDE AVE, BROOKFIELD IL 60513-1343 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

*B+L Services, 3529 Sunnyside Ave Brookfield, IL 60513-1343*

Undeliverable Address:
Dreyer Medical Clinic
Illinois Collection Services
P. O. Box 60477-9110

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

*Dreyer Medical Clinic, Illinois Collection Services P.O. Box 1010, Tinley Park, IL 60477-9110*

Undeliverable Address:
Illinois Department of Revenue
Linebarger Goggan Blair & Sampson
Attorneys at Law
P. O. Box 60606-0140

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

*Illinois Department of Revenue; Linebarger Goggan Blair + Sampson, Attorneys at Law 233 S. Wacker Drive, Ste 4030, Chicago IL 60606-0140*

Undeliverable Address:
Jim Wallin

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

---

Undeliverable Address:
Paul Augustyn, Esq.
Attorney at Law
632 W Algonquin Road
Des Plaines, IL 60016

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 421 N NORTHWEST HWY STE 201, BARRINGTON IL 60010-6022 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

*PAUL AUGUSTYN, ESQ, ATTORNEY AT LAW, 421 N NORTHWEST HIGHWAY, STE 201, BARRINGTON, IL 60010-6022*

CHARLES WM. DOBRA, LTD.
*ATTORNEY AT LAW*
675 E. Irving Park Rd., Ste. 100
Roselle, IL 60172

Signature of Debtor or Debtor's Attorney

Date: 8-4-14

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**