# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: VANDEURSEN-THIME, PAMELA L. § Case No. 14-28122
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 31, 2014. The undersigned trustee was appointed on July 31, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          2,755.40

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 1.29 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 2,724.11 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/16/2015 and the deadline for filing governmental claims was 01/27/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $688.85. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $688.85, for a total compensation of $688.85.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2016        By: /s/THOMAS E. SPRINGER, TRUSTEE
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-28122  
**Case Name:** VANDEURSEN-THIME, PAMELA L.

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 07/31/14 (f)  
**§341(a) Meeting Date:** 08/25/14

**Period Ending:** 06/24/16

**Claims Bar Date:** 01/16/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  United States currency. | 35.00 | 0.00 | | 0.00 | FA |
| 2  Checking account (U S Bank). Account currentnly has a "zero" balance. | 0.00 | 0.00 | | 0.00 | FA |
| 3  One ordinary lot of misc. furnishings, household goods, tv, dvd, etc. | 650.00 | 0.00 | | 0.00 | FA |
| 4  One ordinary lot of wearing apparel suitable for adult person. | 400.00 | 0.00 | | 0.00 | FA |
| 5  2006 Infiniti SUV, VIN#:5N3AA08C66N813485; 89,451 miles. Fair to good condition. (Insurance policy through Farmers Insurance Company; policy #: 192802974). Debtor amended value of vehicle from $15,406 to current value listed of $9,035.00 | 9,035.00 | 3,320.00 | | 2,500.00 | FA |
| 6  17 pieces of assorted original art (oil-acrylic on custom canvas and custom framed) and 2 pieces of original art design adverslly held by Dr. Natilie Drummond, d/b/a Whole Child Pediatrics Natalie Drummond Ltd., 1949 South Ridge Street, Yorkville, Kendall County, Illinois:including, but not limited to the following: 1. BOOM BOOM BOOM (est. value: $3800.00); 2. HIDDEN COVE BEYOND MITHCHELL CREEK (est. value: $1900.00); 3. MINDFUL PLAY (est. value: $1900.00); 4. DAWN APPROACHES THE RIDGE NO. 2 (est value $500.00); 5. REASON AGAIN NO. 2 (est. value $500.00); 6. THE SWINGING BRIDGE (est. value $1900.00); 7. THE STEAM ROLLS-THE RAIN SUBSIDES (est. value $1900.00); 8. APOTHECARY HEALING (est. value $660.00); Value show is wholesale trading prices, not retail. Retail is approximately 30% higher. | 13,060.00 | 0.00 | | 0.00 | FA |
| 7  Benficial interest with brother & sister in cert Beneficial interest with brother & sister in certain parcel of real owned by Debtor's living mother's | Unknown | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-28122  
**Case Name:** VANDEURSEN-THIME, PAMELA L.

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 07/31/14 (f)  
**§341(a) Meeting Date:** 08/25/14

**Period Ending:** 06/24/16

**Claims Bar Date:** 01/16/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | personal trust for real property located in Dickenson, Texas. | | | | | |
| 8 | One Maitland-Smith Zebra striped chair (u)   Chair is on the possession of a potential purchaser. Value show is retail value for the chair.  See SOFA, Par. 6(b)   Asset listed on Debtor's Amended Schedule B dated 9/29/14 | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | Court Rep Costs pd by deponent per Trustee's Mtn (u) | 255.40 | 255.40 | | 255.40 | FA |
| 9 | **Assets** **Totals** (Excluding unknown values) | **$28,435.40** | **$3,575.40** | | **$2,755.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee was in process of negotiating with Debtor the purchase of Trustee's rights, title and interest in various artwork or finding and setting the items for auction sale. The difficulty in this case was proper valuation of the items as they consist of assorted original (by Debtor) art work.  Rule 2004 exam and deposition of the Debtor and Dr. Drummond  taken 1/8/16.  Trustee has now determined that the only asset that is worth pursuing is the nonexempt portion of the Debtor's vehicle and demand has been made to the Debtor for turnover of said funds.

**Initial Projected Date Of Final Report (TFR):**     October 15, 2016          **Current Projected Date Of Final Report (TFR):**      June 9, 2016  (Actual)

Printed: 06/24/2016 01:29 PM    V.13.25

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 14-28122 | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Case Name:** VANDEURSEN-THIME, PAMELA L. | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ****510866 - Checking Account |
| **Taxpayer ID #:** **-***5692 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 06/24/16 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/16 | {5} | Scott K. Thime | Settlement Pursuant to Order | 1129-000 | 2,500.00 | | 2,500.00 |
| 02/25/16 | {5} | Scott K. Thime | Reversed Deposit 100001 ; NSF check | 1129-000 | -2,500.00 | | 0.00 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #14-28122, Bond Premium | 2300-000 | | 1.29 | -1.29 |
| 03/03/16 | {5} | Effie Quinn | Settlement Pursuant to Order | 1129-000 | 2,500.00 | | 2,498.71 |
| 03/08/16 | {9} | Truemper, Titiner & Brouch, Limited | Settlement Payment | 1249-000 | 255.40 | | 2,754.11 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,744.11 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,734.11 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,724.11 |
| | | | **ACCOUNT TOTALS** | | 2,755.40 | 31.29 | **$2,724.11** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,755.40 | 31.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,755.40** | **$31.29** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****510866** | 2,755.40 | 31.29 | 2,724.11 |
| | **$2,755.40** | **$31.29** | **$2,724.11** |

{} Asset reference(s)                                        Printed: 06/24/2016 01:29 PM    V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 16, 2015

**Case Number:** 14-28122  
**Debtor Name:** VANDEURSEN-THIME, PAMELA L.

Page: 1

**Date:** June 24, 2016  
**Time:** 01:29:29 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $688.85 | $0.00 | 688.85 |
| 210 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $14,114.50 | $0.00 | 14,114.50 |
| 5P 570 | Internal Revenue Services<br>Department of the Treasury,Centralized<br>Insolvency Operations,P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $32,663.49 | $0.00 | 32,663.49 |
| 1 100 | Roselle Custom Woodwork LLC<br>c/o Steve Wright<br>57 North Garden<br>Roselle, IL 60172 | Secured | | $2,680.00 | $0.00 | 2,680.00 |
| 5S 100 | Internal Revenue Services<br>Department of the Treasury,Centralized<br>Insolvency Operations,P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Secured | | $24,343.97 | $0.00 | 24,343.97 |
| 2 610 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $1,086.00 | $0.00 | 1,086.00 |
| 3 610 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $2,213.62 | $0.00 | 2,213.62 |
| 4 610 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $206.66 | $0.00 | 206.66 |
| 6 610 | Top Interventional Pain Management<br>Yual Chen M.D./Idilus<br>4320 Winfield Road Suite 125<br>Warrenville, IL 60555 | Unsecured | | $157.27 | $0.00 | 157.27 |
| 7 610 | Saia Motor Frieght Line, LLC<br>P. O. Box A Station 1<br>Houma, LA 70363 | Unsecured | | $1,056.14 | $0.00 | 1,056.14 |
| 8 610 | Sprint<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Unsecured | | $609.77 | $0.00 | 609.77 |
| 9 610 | nicor gas<br>po box 549<br>Aurora, IL 60507 | Unsecured | | $1,604.10 | $0.00 | 1,604.10 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 16, 2015

**Case Number:** 14-28122  
**Debtor Name:** VANDEURSEN-THIME, PAMELA L.

Page: 2

**Date:** June 24, 2016  
**Time:** 01:29:29 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | American InfoSource LP as agent for DIRECTV, LLC PO Box 51178 Los Angeles, CA 90051-5478 | Unsecured | | $210.11 | $0.00 | 210.11 |
| 11 610 | Burks Bros. Drywall, Inc Richard C. Claahsen, Esq,Law Office of Richard C. Claahsen,215 Hillcrest Avenue Yorkville, IL 60560-0367 | Unsecured | | $6,970.55 | $0.00 | 6,970.55 |
| 12 610 | Portfolio Recovery Associates, LLC successor to,CAPITAL ONE BANK (USA), N.A,(ORCHARD BANK),POB 41067 Norfolk, VA 23541 | Unsecured | | $606.84 | $0.00 | 606.84 |
| **<< Totals >>** | | | | 89,211.87 | 0.00 | 89,211.87 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                Exhibit D

Case No.: 14-28122
Case Name: VANDEURSEN-THIME, PAMELA L.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**     $     2,724.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Roselle Custom Woodwork LLC | 2,680.00 | 2,680.00 | 0.00 | 0.00 |
| 5S | Internal Revenue Services | 24,343.97 | 24,343.97 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     2,724.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 688.85 | 0.00 | 688.85 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 14,114.50 | 0.00 | 2,035.26 |

Total to be paid for chapter 7 administration expenses:     $     2,724.11
Remaining balance:     $     0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $32,663.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Services | 32,663.49 | 0.00 | 0.00 |
| | Total to be paid for priority claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,721.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American InfoSource LP as agent for | 1,086.00 | 0.00 | 0.00 |
| 3 | American InfoSource LP as agent for | 2,213.62 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for | 206.66 | 0.00 | 0.00 |
| 6 | Top Interventional Pain Management | 157.27 | 0.00 | 0.00 |
| 7 | Saia Motor Frieght Line, LLC | 1,056.14 | 0.00 | 0.00 |
| 8 | Sprint | 609.77 | 0.00 | 0.00 |
| 9 | nicor gas | 1,604.10 | 0.00 | 0.00 |
| 10 | American InfoSource LP as agent for | 210.11 | 0.00 | 0.00 |
| 11 | Burks Bros. Drywall, Inc | 6,970.55 | 0.00 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 606.84 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**