**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Chapter: | 7 |
| PAMELA L. VANDEURSEN-THIME, | ) | | |
| | ) | Case No: | 14-28122 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Donald R. Cassling |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**Cover Sheet for Application for Professional Compensation**

Name of Applicant(s):  **Thomas E. Springer, Esq. and the law firm of Springer Brown, LLC**

Authorized to Provide Professional Services to: **Thomas E. Springer, Trustee of the Estate of Pamela L. VanDeursen-Thime, Chapter 7 Bankruptcy No. 14-28122.**

Date of Order Authorizing Employment:  **October 24, 2014**

Period for which Compensation is Sought: **October 15, 2014 through June 3, 2016**

Amount of Fees Sought:                         **$ 14,114.50***

Amount of Expense Reimbursement Sought:      **$      0.00**

This is an:      Interim Application **___**      Final Application **___X___**

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| **N/A** | **N/A** | **N/A** | **N/A** | **N/A** |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is: $____ **-0-**_____.

**In Re: Pamela L. VanDeursen-Thime**
**Chapter 7 no. 14-28122**
**Cover Sheet for Application for Professional Compensation by Trustee's General**
**Counsel**
**(PAGE TWO of TWO)**

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney (**TES**) | $375.00 (2014) | 1.2 | $ 450.00 |
| Elizabeth A. Bates, Attorney (**EAB**) | $400.00 (2015) | 25.4 | $ 10,160.00 |
| | $405.00 (2016) | 5.7 | $ 2,308.50 |
| Michele M. Springer, Attorney (**MMS**) | $380.00 (2016) | 1.2 | $ 456.00 |
| Joshua D. Greene, Attorney (**JDG**) | $370.00 (2015) | 2.0 | $ 740.00 |
| | **TOTALS** | **35.5** | **$14,114.50\*** |

**A Summary and Total of Fee Application Categories is Attached hereto.**

**\*This estate is administratively insolvent and attorneys' fees will be paid only to the extent of available estate funds, which amount is approximately $2,035.26.**

DATE: June 3, 2016

Respectfully Submitted,
APPLICANT
Thomas E. Springer, Trustee

BY: Springer Brown, LLC

By:___/s/ Thomas E. Springer_____
    Thomas E. Springer
    One of His Attorneys

Thomas E. Springer, Trustee
Springer Brown, LLC
300 S. County Farm Road, Suite I
Wheaton, IL  60187
(630) 510-0000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Chapter: | 7 |
| PAMELA L. VANDEURSEN-THIME, | ) | | |
| | ) | Case No: | 14-28122 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Donald R. Cassling |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR
### REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer Brown, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, Thomas E. Springer, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from October 15, 2014 through preparation of Applicant's current Final Fee Application, June 3, 2016. The Application represents 35.5 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $14,114.50, payable only to the extent of available estate funds, which is approximately $2,035.26, and $0.00 for actual and necessary unreimbursed expenses.

On July 31, 2014, the above named Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code and Thomas E. Springer was appointed as the duly authorized Trustee and continues to serve in that capacity. On October 24, 2014, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of

Applicant is competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.  CASE STATUS AND NARRATIVE OF LEGAL SERVICES

In the course of his review of the Debtor's bankruptcy schedules and amended bankruptcy schedules, the Trustee discovered that the Debtors had listed as assets a Maitland-Smith zebra striped chair ("the Chair") with a value of $5,000.00 located with a third party purchaser; Seventeen pieces of artwork with a value of $13,060.00 ("Artwork") located at the offices of Dr. Natalie Drummond; and a 2006 Infiniti SUV VIN# 5N3AA08C66N813485 ("the Infiniti") with a value of $9,035.00 and a non-exempt value of $3,320.00 in the Debtor's possession. (hereinafter the "Assets").  Applicant filed a Motion for Turnover for turnover of the Chair, the Infiniti and the Artwork from the Debtor and/or Dr. Drummond.

In response to the Turnover Motion, the Debtor asserted that she did not have possession of the Chair or the Artwork nor had she received the purchase price for the Chair or Artwork. Dr. Drummond asserted that she paid for the Artwork in her possession.  In order to ascertain the value of the Assets, their location and ownership, Applicant conducted Rule 2004 Examinations of the Debtor and Dr. Drummond.  In the course of the Rule 2004 Examinations, Applicant received documents and heard testimony that led to determine that the Chair did not have a market value of $5,000.00 and had been in the home of a third party for over two years. Applicant also learned that there were only eight pieces of art in Dr. Drummond's possession and based upon information and documents provided, the Artwork had in fact been paid for by Dr. Drummond. Lastly, Applicant learned that the Infiniti needs some major mechanical work and its sale would not result in the Trustee receiving $3,320.00 for the bankruptcy estate.

The parties negotiated a settlement in which the Debtor would pay a lump sum of $2,500.00.  On February 22, 2016, Applicant filed a Motion to Approve the

Settlement/Compromise and on March 18, 2016, this Court entered an Order approving the Settlement/Compromise.

The Trustee reviewed the claims filed and supporting documents and no objections thereto were necessary. Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate. Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as ***Exhibit "A"***.

The continued and prolonged but necessary efforts by the Trustee through his counsel in response to the parties to locate and value assets in the case resulted in expenditure of legal time and resources that exceeded the eventual actual value of said assets. Accordingly, the Estate is administratively insolvent and Trustee's legal counsel will receive a reduced compensation distribution.

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees be approved in the amount of $14,114.50, payable only to the extent of available estate funds, which are approximately, $2,035.26 and that payment be authorized upon entry of the Order approving such compensation and for any such other and further relief as this Court deems just and equitable.

DATE: June 3, 2016

Respectfully Submitted,
APPLICANT
Thomas E. Springer, Trustee
BY: Springer Brown, LLC

By:    /s/ Thomas E. Springer
         Thomas E. Springer
         One of His Attorneys

Thomas E. Springer
Springer Brown, LLC
300 S. County Farm Road, Suite I
Wheaton, IL 60187
(630) 510-0000