# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: VANDEURSEN-THIME, PAMELA L.   § Case No. 14-28122
                                     §
                                     §
Debtor(s)                            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS E. SPRINGER, TRUSTEE    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street, Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 11:00am on 07/22/2016 in Courtroom 240, United States Courthouse,
         Old Kane County Courthouse
         100 S. Third Street,  Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


   Date Mailed   / /                  By: _____
                                                              Trustee

THOMAS E. SPRINGER, TRUSTEE
300 S. County Farm Rd., Ste.I
Wheaton, IL  60187
(630) 510-0000

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: VANDEURSEN-THIME, PAMELA L.       § Case No. 14-28122
                                          §
                                          §
Debtor(s)                                 §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 2,755.40 |
| *and approved disbursements of* | $ 31.29 |
| *leaving a balance on hand of* [1] | $ 2,724.11 |
| **Balance on hand:** | $ 2,724.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Roselle Custom Woodwork LLC | 2,680.00 | 2,680.00 | 0.00 | 0.00 |
| 5S | Internal Revenue Services | 24,343.97 | 24,343.97 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 2,724.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 688.85 | 0.00 | 688.85 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 14,114.50 | 0.00 | 2,035.26 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,724.11 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $32,663.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Services | 32,663.49 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,721.06 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American InfoSource LP as agent for | 1,086.00 | 0.00 | 0.00 |
| 3 | American InfoSource LP as agent for | 2,213.62 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for | 206.66 | 0.00 | 0.00 |
| 6 | Top Interventional Pain Management | 157.27 | 0.00 | 0.00 |
| 7 | Saia Motor Frieght Line, LLC | 1,056.14 | 0.00 | 0.00 |
| 8 | Sprint | 609.77 | 0.00 | 0.00 |
| 9 | nicor gas | 1,604.10 | 0.00 | 0.00 |
| 10 | American InfoSource LP as agent for | 210.11 | 0.00 | 0.00 |
| 11 | Burks Bros. Drywall, Inc | 6,970.55 | 0.00 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 606.84 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
300 S. County Farm Rd., Ste.I
Wheaton, IL  60187
(630) 510-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Pamela L. VanDeursen-Thime
    Debtor

Case No. 14-28122-DRC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dpruitt     Page 1 of 1     Date Rcvd: Jun 29, 2016
                  Form ID: pdf006     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2016.
```
db              Pamela L. VanDeursen-Thime,    POB 270,    Wayne, IL  60184-0270
22795250        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
22228302       +Burks Bros. Drywall, Inc,    Richard C. Claahsen, Esq,    Law Office of Richard C. Claahsen,
                 215 Hillcrest Avenue, Ste C,    Yorkville, IL 60560-1385
22228394       +Roselle Custom Woodwork LLC,    c/o Steve Wright,    57 North Garden,    Roselle, IL 60172-1733
22228397       +Saia Motor Frieght Line, LLC,    P. O. Box A Station 1,    Houma, LA 70361-5901
22228405       +Top Interventional Pain Management,    Yual Chen M.D./Idilus,    4320 Winfield Road Suite 125,
                 Warrenville, IL 60555-4015
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22566423        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2016 02:05:57
                 American InfoSource LP as agent for,    Presence Health,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
22228353        E-mail/Text: cio.bncmail@irs.gov Jun 30 2016 01:44:01      Internal Revenue Services,
                 Department of the Treasury,    Centralized Insolvency Operations,    P. O. Box 7346,
                 Philadelphia, PA 19101-7346
22826934        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2016 01:54:00
                 Portfolio Recovery Associates, LLC,    successor to,    CAPITAL ONE BANK (USA), N.A,
                 (ORCHARD BANK),    POB 41067,    Norfolk VA 23541
22644410        E-mail/Text: appebnmailbox@sprint.com Jun 30 2016 01:44:37      Sprint,    Attn Bankruptcy Dept,
                 PO Box 7949,    Overland Park KS 66207-0949
22740512       +E-mail/Text: bankrup@aglresources.com Jun 30 2016 01:43:35      nicor gas,    po box 549,
                 Aurora il 60507-0549
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2016                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2016 at the address(es) listed below:
```
              Charles W. Dobra    on behalf of Debtor 1 Pamela L. VanDeursen-Thime
               cwdobra@dobralaw.comcastbiz.net,    eileen_powers@sbcglobal.net
              Elizabeth A. Bates    on behalf of Trustee Thomas E Springer ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott J Kofkin    on behalf of Debtor 1 Pamela L. VanDeursen-Thime skofkin@sbcglobal.net
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               iprice@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
                                                                                              TOTAL: 6
```