# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: VANDEURSEN-THIME, PAMELA L.　　　§　Case No. 14-28122
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　Debtor(s)　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  _$19,145.00_　　　　　　Assets Exempt:  _$4,400.00_
*(without deducting any secured claims)*

Total Distribution to Claimants:_$0.00_　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　Without Payment: _$47,384.55_

Total Expenses of Administration:_$2,755.40_

3)  Total gross receipts of $     2,755.40     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00     (see **Exhibit 2**), yielded net receipts of  $2,755.40 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $27,023.97 | $27,023.97 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,834.64 | 14,834.64 | 2,755.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 32,663.49 | 32,663.49 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,056.14 | 14,721.06 | 14,721.06 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,056.14 | $89,243.16 | $89,243.16 | $2,755.40 |

4)  This case was originally filed under Chapter 7 on July 31, 2014. The case was pending for 28 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/16/2016            By:  /s/THOMAS E. SPRINGER, TRUSTEE
                                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Infiniti SUV, VIN#:5N3AA08C66N813485; | 1129-000 | 2,500.00 |
| Court Rep Costs pd by deponent per Trustee's Mtn | 1249-000 | 255.40 |
| **TOTAL GROSS RECEIPTS** | | $2,755.40 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roselle Custom Woodwork LLC | 4120-000 | N/A | 2,680.00 | 2,680.00 | 0.00 |
| 5S | Internal Revenue Services | 4300-000 | N/A | 24,343.97 | 24,343.97 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $27,023.97 | $27,023.97 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 688.85 | 688.85 | 688.85 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 14,114.50 | 14,114.50 | 2,035.26 |
| Arthur B. Levine Company | 2300-000 | N/A | 1.29 | 1.29 | 1.29 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,834.64 | $14,834.64 | $2,755.40 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Internal Revenue Services | 5800-000 | N/A | 32,663.49 | 32,663.49 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $32,663.49 | $32,663.49 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 1,086.00 | 1,086.00 | 0.00 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 2,213.62 | 2,213.62 | 0.00 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 206.66 | 206.66 | 0.00 |
| 6 | Top Interventional Pain Management | 7100-000 | N/A | 157.27 | 157.27 | 0.00 |
| 7 | Saia Motor Frieght Line, LLC | 7100-000 | 1,056.14 | 1,056.14 | 1,056.14 | 0.00 |
| 8 | Sprint | 7100-000 | N/A | 609.77 | 609.77 | 0.00 |
| 9 | nicor gas | 7100-000 | N/A | 1,604.10 | 1,604.10 | 0.00 |
| 10 | American InfoSource LP as agent for | 7100-000 | N/A | 210.11 | 210.11 | 0.00 |
| 11 | Burks Bros. Drywall, Inc | 7100-000 | N/A | 6,970.55 | 6,970.55 | 0.00 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 606.84 | 606.84 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,056.14 | $14,721.06 | $14,721.06 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-28122 | **Trustee:** (330640)    THOMAS E. SPRINGER, TRUSTEE |
| **Case Name:** VANDEURSEN-THIME, PAMELA L. | **Filed (f) or Converted (c):** 07/31/14 (f) |
| | **§341(a) Meeting Date:** 08/25/14 |
| **Period Ending:** 12/16/16 | **Claims Bar Date:** 01/16/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | United States currency. | 35.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account (U S Bank). Account currentnly has a "zero" balance. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | One ordinary lot of misc. furnishings, household goods, tv, dvd, etc. | 650.00 | 0.00 | | 0.00 | FA |
| 4 | One ordinary lot of wearing apparel suitable for adult person. | 400.00 | 0.00 | | 0.00 | FA |
| 5 | 2006 Infiniti SUV, VIN#:5N3AA08C66N813485; 89,451 miles.  Fair to good condition. (Insurance policy<br><br>through Farmers Insurance Company; policy #: 192802974).<br>Debtor amended value of vehicle from $15,406 to current value listed of $9,035.00 | 9,035.00 | 3,320.00 | | 2,500.00 | FA |
| 6 | 17 pieces of assorted original art<br>  (oil-acrylic on custom canvas and custom framed) and 2 pieces of original art design adversily held by Dr. Natilie Drummond, d/b/a Whole Child Pediatrics Natalie Drummond Ltd., 1949 South Ridge Street, Yorkville, Kendall County, Illinois:including, but not limited to the following: 1. BOOM BOOM BOOM (est. value: $3800.00); 2. HIDDEN COVE BEYOND MITHCHELL CREEK (est. value: $1900.00); 3. MINDFUL PLAY (est. value: $1900.00); 4. DAWN APPROACHES THE RIDGE NO. 2 (est value $500.00); 5. REASON AGAIN NO. 2 (est. value $500.00); 6. THE SWINGING BRIDGE (est. value $1900.00); 7.  THE STEAM ROLLS-THE RAIN SUBSIDES (est. value $1900.00); 8.  APOTHECARY HEALING (est. value $660.00); Value show is wholesale trading prices, not retail.  Retail is approximately 30% higher. | 13,060.00 | 0.00 | | 0.00 | FA |
| 7 | Benficial interest with brother & sister in cert<br>  Benficial interest with brother & sister in certain parcel of real owned by Debtor's living mother's | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:**  14-28122 | **Trustee:**    (330640)    THOMAS E. SPRINGER, TRUSTEE |
| **Case Name:**    VANDEURSEN-THIME, PAMELA L. | **Filed (f) or Converted (c):**  07/31/14 (f) |
| | **§341(a) Meeting Date:**  08/25/14 |
| **Period Ending:** 12/16/16 | **Claims Bar Date:**  01/16/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| | personal trust for real property located in Dickenson, Texas. | | | | | |
| 8 | One Maitland-Smith Zebra striped chair  (u)<br>    Chair is on the possession of a potential purchaser.<br>Value show is retail value for the chair.  See SOFA, Par. 6(b)<br>Asset listed on Debtor's Amended Schedule B dated 9/29/14 | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | Court Rep Costs pd by deponent per Trustee's Mtn (u) | 255.40 | 255.40 | | 255.40 | FA |
| **9** | **Assets**    **Totals** (Excluding unknown values) | **$28,435.40** | **$3,575.40** | | **$2,755.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee was in process of negotiating with Debtor the purchase of Trustee's rights, title and interest in various artwork or finding and setting the items for auction sale.
The difficulty in this case was proper valuation of the items as they consist of assorted original (by Debtor) art work.  Rule 2004 exam and deposition of the Debtor and
Dr. Drummond  taken 1/8/16.  Trustee has now determined that the only asset that is worth pursuing is the nonexempt portion of the Debtor's vehicle and demand has
been made to the Debtor for turnover of said funds.

**Initial Projected Date Of Final Report (TFR):**    October 15, 2016          **Current Projected Date Of Final Report (TFR):**    June 9, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-28122 | |
| **Case Name:** VANDEURSEN-THIME, PAMELA L. | |
| | |
| **Taxpayer ID #:** **-***5692 | |
| **Period Ending:** 12/16/16 | |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****510866 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/16 | {5} | Scott K. Thime | Settlement Pursuant to Order | 1129-000 | 2,500.00 | | 2,500.00 |
| 02/25/16 | {5} | Scott K. Thime | Reversed Deposit 100001 ; NSF check | 1129-000 | -2,500.00 | | 0.00 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #14-28122, Bond Premium | 2300-000 | | 1.29 | -1.29 |
| 03/03/16 | {5} | Effie Quinn | Settlement Pursuant to Order | 1129-000 | 2,500.00 | | 2,498.71 |
| 03/08/16 | {9} | Truemper, Titiner & Brouch, Limited | Settlement Payment | 1249-000 | 255.40 | | 2,754.11 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,744.11 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,734.11 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,724.11 |
| 08/12/16 | 102 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $688.85, Trustee Compensation;  Reference: | 2100-000 | | 688.85 | 2,035.26 |
| 08/12/16 | 103 | SPRINGER BROWN, LLC | Dividend paid  14.41% on $14,114.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,035.26 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,755.40 | 2,755.40 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 2,755.40 | 2,755.40 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $2,755.40 | $2,755.40 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****510866** | 2,755.40 | 2,755.40 | 0.00 |
| | $2,755.40 | $2,755.40 | $0.00 |